UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-cv-00185-S-EJL<br><br>**ORDER (SEALED)** |

Pending before the Court are two sealed Motions filed by Plaintiffs, which are not yet ripe for adjudication, but which request that a discovery schedule be set *ahead of* the date Defendants' responses to the motions are due. (Dkt. 39, 40.) The Court has retained post-dismissal jurisdiction over this case. (Dkt. 26.) Because the parties have agreed in their Stipulation and Settlement Agreement that Settlement Judge David O. Carter may act in a capacity as a federal district court judge to enforce the terms of this agreement (Dkt. 25, p. 5), and the Court being fully advised in the premises;

**ORDER - 1**

**IT IS ORDERED** that all post-dismissal motions regarding the terms of the Stipulation and Settlement Agreement, including all pending motions, are referred for adjudication to the Honorable United States District Judge David O. Carter.

DATED: **June 12, 2013**

Honorable Edward J. Lodge
U. S. District Judge