UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>    Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER**<br>**(Filed Under Seal)** |

Plaintiffs have filed Motions alleging that Defendant Corrections Corporation of America ("CCA") violated the staffing requirements of the September 2011 Settlement Agreement (Dkt. 25, "Settlement Agreement"). Motion for an Order to Show Cause why Defendants Should not be held in Contempt (Dkt. 39, "Motion for an OSC Re: Contempt").

That staffing requirement, at Paragraph 4, is a commitment by CCA to comply with the staffing pattern in its contract with the Idaho Department of Correction and increase staffing by a minimum of three additional correctional officers.

Both Plaintiffs and CCA represent to the Court that they have not been able to reach an agreement on this alleged noncompliance. Under Paragraph 15 of the Settlement

**Order (Filed Under Seal) - 1**

Agreement, the next step is to submit the dispute to the Court (Dkt. No. 44).

Defendant CCA is hereby ORDERED to file responses to Plaintiffs' Motion for an OSC Re: Contempt, and to Plaintiffs' proposal for limited discovery (Dkt. 40). The deadline for both submissions is June 21, 2013.

In the event Plaintiffs' discovery proposal is adopted by the Court, both sides should expect discovery to proceed quickly, including having written discovery answered prior to depositions, so that all needed evidence is available for the hearing in August.

The Court is inclined to unseal this Order and the Motions filed by Plaintiffs. It hereby provides both sides until June 24 to submit any short briefing (no longer than 5 pages) on that issue.

DATED this 13th day of June, 2013.

*David O. Carter*
United States District Judge
for the Central District of California
Sitting by Special Designation

**Order (Filed Under Seal) - 2**