Kirtlan G. Naylor          ISB #3569
James R. Stoll             ISB #7182
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Phone:       (208) 383-9511
Facsimile:   (208) 383-9516
Email:  kirt@naylorhales.com, jrs@naylorhales.com

Daniel P. Struck           AZB 012377
*(Admitted Pro Hac Vice)*
Tara B. Zoellner           AZB 027364
*(Admitted Pro Hac Vice)*
STRUCK, WIENEKE & LOVE, P.L.C.
3100 W. Ray Road, Suite 300
Chandler, AZ 85226
Telephone:   (480) 420-1600
Fax:         (480) 420-1696
Email:  dstruck@swlfirm.com, tzoellner@swlfirm.com

Attorneys for Defendants Timothy Wengler and
Corrections Corporation of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZMINGER, MICHAEL MIERS, PRISONER A, and PRISONER F, individually and on behalf of a class of all other persons similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>TIMOTHY WENGLER and CORRECTIONS CORPORATION OF AMERICA, INC.<br><br>           Defendants. | Case No. 1:11-cv-00185-EJL<br><br>**MOTION FOR ENLARGEMENT OF TIME**<br><br>**RE:   Dkt 39 and Dkt 40**<br>*(FILED UNDER SEAL)* |

      Defendants, by and through undersigned counsel and pursuant to Rule 6(b) of the

Federal Rules of Civil Procedure and Local Rule 6.1, petition this Court for its Order enlarging

**MOTION FOR ENLARGEMENT OF TIME - 1.**

and extending the time within which these Defendants must respond to Plaintiffs' Motion to Show Cause Why the Defendants Should not be Held in Contempt of Court (Dkt 40) and Motion For a Contempt-Phase Discovery Plan (Dkt 39) which were filed with the Court on June 11, 2013. Currently, a response to these pleadings is due June 21, 2013.

1. Defense counsel have diligently been working to respond, but have not had a sufficient opportunity to analyze and address the legal and factual issues involved in this action. Specifically, circumstances involving the location of affiants and essential clients throughout the country and their travel schedules have made it difficult to obtain affidavits necessary to respond to the pending motions. Defendants are seeking just a one (1) business day extension until June 24, 2013 to accommodate these distance and time conflicts. Defendants are not requesting any additional time for the response regarding the sealed documents briefing also due June 24, 2013.

2. That undersigned counsel hereby represents to the Court that the grounds set forth above in support of this Motion for Enlargement of Time are consistent with the actual existing needs of these Defendants and are made in good faith and not as a dilatory matter.

3. That Defendants have not requested by motion, nor been granted, a previous extension to answer Plaintiffs' Motions.

4. That Defense counsel has contacted Plaintiffs' counsel to seek a stipulation or agreement, and at this time, Plaintiffs' counsel has declined that request.

5. Accordingly, Defendants hereby request an enlargement of time **until June 24, 2013,** within which to prepare and file an response to the Plaintiffs' Motions.

**MOTION FOR ENLARGEMENT OF TIME - 2.**

DATED this 20th day of June, 2013.

          NAYLOR & HALES, P.C.

          By /s/   Kirtlan G. Naylor, Of the Firm
          Attorneys for Defendants
          E-Mail: kirt@naylorhales.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

- **Stephen L. Pevar and Richard Eppink**, Attorney for Plaintiffs
  Pevaraclu@aol.com;   reppink@acluidaho.org

- **Daniel Struck and Tara Zoellner**, Attorney for Defendants
  dstruck@swlfirm.com;   tzoellner@swlfirm.com

          /s/   Kirtlan G. Naylor