Stephen L. Pevar
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
330 Main Street, First Floor
Hartford, Connecticut  06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.org
**AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750 ext. 206
Idaho State Bar no. 7503

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, *et al.*,<br><br>              Plaintiffs,<br>   v.<br><br>TIMOTHY WENGLER, *et al.*,<br><br>              Defendants. | Case No.: 1:11-cv-00185-EJL<br><br>**RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME** |

The plaintiffs' object to the defendants' motion for more time to file their responses to the pending Motion for an Order to Show Cause (Dkt. 39) and Motion for a Contempt-Phase Discovery Plan (Dkt. 40).  The defendants ("CCA") are asking for an extension until June 24, 2013, to file responses.  But that is the same deadline that CCA already asked for—and that this Court declined.

In multiple emails to this Court's ADR Coordinator, CCA asked for a June 24, 2013, deadline, instead of the June 18, 2013, deadline that the Court initially proposed.  After that request, this Court granted an extension, adopting a June 21, 2013, deadline instead (Dkt. 45).

RESPONSE TO DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME – Page 1

The Court also allowed briefing about whether the motions and related papers would remain under seal, and those briefs are due on June 24, 2013 (Dkt. 45).  Obviously, CCA's responses to the pending motions will bear on the points the plaintiffs must raise in their briefing about whether to unseal these proceedings.  Accordingly, moving the June 21, 2013, briefing deadline to coincide with the day the unsealing briefing is due would prejudice the plaintiffs' ability to submit an informed brief about unsealing on June 24, 2013.

With a hearing less than 50 calendar days away, and a discovery schedule not even set yet, every single day—including weekends—will matter in ensuring this case is properly presented to the Court on August 7, 2013.  The Court has already considered and made a decision about briefing deadlines.  It cannot postpone them without significant prejudice to the plaintiffs.

DATED this 20th day of June, 2013.

AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION

/s/ Richard Alan Eppink

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kirtlan Naylor | kirt@naylorhales.com |
| Daniel Struck | dstruck@swlfirm.com |
| Tara Zoellner | tzoellner@swlfirm.com |

*Attorneys for Defendants*

/s/ Richard Alan Eppink