UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER**<br>**(Filed Under Seal)** |

This matter having come before the Court on Motion for Enlargement of Time (Dkt. 46);

and the Court exercising its discretion to permit, on this rare occasion, an extension;

IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiffs' Motion to Show Cause Why the Defendants Should not be Held in Contempt of Court (Dkt. 40) and Motion For a Contempt-Phase Discovery Plan (Dkt. 39) be extended to June 24, 2013.

DATED this 21st day of June, 2013.

_David O. Carter_
United States District Judge
for the Central District of California
Sitting by Special Designation

**Order (Filed Under Seal) - 1**