Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
330 Main Street, First Floor
Hartford, Connecticut  06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.org
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750 ext. 206
Idaho State Bar no. 7503

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| JOSHUA KELLY, *et al.*, | Case No. 1:11-cv-00185-EJL |
|---|---|
| Plaintiffs, | JOINT STIPULATION FOR DISCOVERY |
| v. | |
| TIMOTHY WENGLER, *et al.*, | (FILED UNDER SEAL) |
| Defendants. | |

The Court's Memorandum Decision and Order of July 12, 2013 (Dkt. 56) states that the parties are "ordered to confer and file a joint status report by Tuesday, July 16, 2013, that sets out their plans to complete discovery in time for the hearing." *Id*. at 10-11.  The parties conferred by telephone on July 15, and now file this report.

1. All depositions sought by the parties have been scheduled, although details need to be confirmed with some of the witnesses.  Given the narrow scope of the issues and the limited time available, Defendants believe each deposition could reasonably be conducted in four hours, Plaintiffs will seek to keep them to four hours but some may go longer.

2. Defendants have agreed to respond to Plaintiffs' Request for Production No. 2 by noon Mountain Time on July 22, 2013. With respect to the remaining written discovery, Defendants will provide all responses they can reasonably and in good faith gather by noon on August 2, and the remainder by noon on August 5. Defendants will make a good faith effort to gather the electronic mail (e-mail) that has been requested, and the parties have discussed the scope and terms of this production. CCA retains the right to object to particular discovery requests. However, CCA will notify opposing counsel promptly regarding any such objection as it arises, and the parties will then work in good faith to resolve any such objection.

3. Plaintiffs have agreed to respond to CCA written discovery in the same time frames as Defendants: Plaintiffs will make a good faith effort to respond to all responses by noon on August 2 and any that are not answered by then will be answered by noon on August 5.

Respectfully submitted this 16th day of July, 2013.

/s/  Stephen L. Pevar
Stephen L. Pevar
Ritchie Eppink

Attorneys for the Plaintiffs

/s/ Dan Struck
Dan Struck
Kirt Naylor

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I electronically filed under seal the foregoing Joint Stipulation and sent electronic copies to the following persons:

Kirtlan Naylor    kirt@naylorhales.com
James Huegli     jameshuegli@yahoo.com
Daniel Struck    dstruck@ishfirm.com
Tara Zoellner    tzoellner@gmail.com

                                                  /s/   Ritchie Eppink
                                                   Ritchie Eppink