UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>   Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER UNSEALING DOCKETS 44 THROUGH 50, 53 THROUGH 55, AND 58** |

   Pursuant to the Order on Plaintiffs' Motion to Unseal (Dkt. 60), the Court hereby UNSEALS the filings in this case for the following docket entries: 44 through 50, 53 through 55, and 58.

   For docket entries 39 through 43, 51 through 52, and 56, the Court is reviewing proposed redactions. The parties should be prepared to discuss those redactions on August 7.

   DATED this 6th day of August, 2013.

   _____
   United States District Judge
   for the Central District of California
   Sitting by Special Designation

Order - 1