**Show Cause Hearing** (Docket # 40)

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David O. Carter            Date: August 7, 2013
Case No. CV-11-185-S-EJL      Deputy Clerk: Susie Boring-Headlee
Time: 8:20 am. – 1:20 p.m.        Reporter: Christina Rhodes

Noon Recess - 1:20 p.m. – 2:45 p.m.

Time:   2:45 p.m. – 5:35 p.m.

### Kelly et al. v. Wengler et al.

    Counsel for Plaintiffs: Stephen L. Pevar, American Civil Liberties Union; and Richard Alan Eppink, American Civil Liberties Union of Idaho Foundation; and Ingrid Andrulis, Paralegal, American Civil Liberties Union of Idaho

    Counsel for Defendants: Daniel Patrick Struck, and Tara B. Zoellner, Struck, Wieneke & Love, PLC; and Kirtlan G. Naylor, Naylor & Hales.

### Plaintiff's Witnesses:
1. Warden Timothy Wengler
2. Scott Craddock
3. Kevin Myers
4. Jason Todd Ellis
5. Jaune Sonnier
5. Shane Jepsen
6. Annette Mullen

### Plaintiff's Exhibits (Amended), August 7, 2013:
Exhibits Admitted: 101, 104, 106-119, admitted by the Court. Exhibit 102 and 113 were admitted, with the objections overruled.

Court recesses until 8:00 a.m. on August 8, 2013.