**Show Cause Hearing** (Docket # 40)

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David O. Carter                              Date: August 8, 2013
Case No. CV-11-185-S-EJL                     Deputy Clerk: Susie Boring-Headlee
Time: 8:00 a.m. – 12: 05 p.m.               Reporter: Christine Rhodes

Noon Recess – 12:40 p.m. - 12:50 p.m.

Time:    12:50 p.m. – 5:35 p.m.

**Kelly et al. v. Wengler et al.**

    Counsel for Plaintiffs: Stephen L. Pevar, American Civil Liberties Union; and Richard Alan Eppink, American Civil Liberties Union of Idaho Foundation; and Ingrid Andrulis, Paralegal, American Civil Liberties Union of Idaho

    Counsel for Defendants: Daniel Patrick Struck, and Tara B. Zoellner, Struck, Wieneke & Love, PLC; and Kirtlan G. Naylor, Naylor & Hales.

**Plaintiffs' Witnesses:**
1. Annette Mullen
2. Timothy Higgins
3. Warden Jason Todd Ellis

**Defendant's Witnesses:**
1. Thomas Kessler
2. Kevin Myers
3. Warden Timothy Wengler
4. Sheriff Chris Smith

**Plaintiff's Exhibits (Amended), August 8, 2013:**
Exhibits Admitted: 105, 122-123, 125, 133-134, and 136-138, admitted by the Court. (Exhibit 102 was admitted, with the objection overruled.)

**Defendants' Exhibits (Dated 8/8/2013):**
Exhibits Admitted: 3-4, admitted by the Court.