From: Pevaraclu@aol.com
To: kirt@naylorhales.com
CC: reppink@acluidaho.org
Sent: 2/25/2013 8:40:43 P.M. Eastern Daylight Time
Subj: Re: (Withdrawing) Re: A question about staffing

I'll give that some thought.

I have another question for you. Paragraph 4 of the SA imposes two duties on ICC. First, ICC must "comply with the staffing pattern" required by the IDOC contract. Second, it must hire three additional COs (the "100% plus 3" duty). If I have questions about this, should I ask you?

For instance, some have alleged that ICC has "ghost" staff. (As you know, IDOC has turned an investigation over to the ISP on this.) Is there any truth to this allegatoin? If so, this would likely violate of the SA. I've also been told that in recent weeks there have been a rash of firings at ICC, including Molody, Fink, Jepsen, Brown, and Thompson. Is that true, and if so, have they been replaced already?

Stephen