STEPHEN L. PEVAR
American Civil Liberties Union Foundation
330 Main Street, First Floor
Hartford, Connecticut 06106
(860) 570-9830

RICHARD ALAN EPPINK
ISB # 7503
American Civil Liberties Union of Idaho Foundation
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750 ext. 206
reppink@acluidaho.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| JOSHUA KELLY, et al., | Case No.: 1:11-cv-00185-EJL |
|---|---|
| Plaintiffs, | **AFFIDAVIT OF ANNETTE MULLEN** |
| v. | |
| TIMOTHY WENGLER, et al., | |
| Defendants. | |

STATE OF IDAHO  )
                : ss.
COUNTY OF ADA   )

I, Annette Mullen, having been duly sworn, now depose and state:

1. I am a resident of Ada County, Idaho. I am 37 years old.

2. I am a former employee of the Idaho Correctional Center (ICC). I was hired as an officer in September 2008. I was promoted to Correctional Counselor in May 2010. I held that rank until my resignation in January of 2013.

3. I graduated from POST Academy in December 2008. At ICC, due to my knowledge of policy, procedure, code of conduct and training capabilities, I was asked to be a Field Training Officer by Sergeant Chapman in January 2009. Over the next four years, I assisted in the training of dozens of Officers and prepared existing Officers for promotion interviews. I worked as a Correctional Counselor in the West Wing (General Population open-dorm style housing containing approximately ■ inmates) from May 2010 to June 2011. I was then transferred to DEF (Closed Custody housing containing approximately ■ inmates) where I was posted from June 2011 to January 2012. At that time I was transferred to the PIE Building (Programming Units with open-dorm style housing containing approximately ■ inmates) where I was posted from January 2012 to January 2013.

## INADEQUATE STAFFING AT ICC

4. Based on my experience and observations while on shift, ICC was understaffed on a daily basis and falsified the staff roster every day to cover this up.

5. ICC suffered from chronic understaffing the entire time I worked at ICC. ICC had approximately ■ Correctional Officer positions on the day shift and ■ on the night shift. Based on my experience and observations while on shift, there were at least 2-5 vacant CO posts during the day shift and 5-10 vacant CO posts during the night shift. There were times when the number of vacant posts was considerably higher.

6. Lack of adequate staffing compromised the staff and inmate safety. Inmates at ICC would organize and plan assaults to occur when staffing was low. Drug use and tattooing increased during the night hours when less staff was on duty.

7. COs at ICC worked 12-hour shifts. Due to inadequate staffing, many COs worked 16-hours shifts. As a result, many COs were exhausted and fatigued and made more mistakes than they otherwise would have. For instance, officers would accidently open the wrong cell doors, which could be very dangerous. Wrong cell doors were opened on a regular basis. I personally witnessed several assaults due to this happening in both General Population and Segregation Units.

8. There was a direct correlation between the number of staff on duty and the number of assaults by inmates. Not only did the number of inmate-on-inmate assaults rise when staffing levels were low, but the length and intensity of these incidents were more severe as well. When there were fewer staff members to respond to emergency situations, it would take longer to regain control which often resulted in additional injuries.

9. Another consequence of inadequate staffing at ICC was that COs were forced to barter with gang members, also known as STGs (Security Threat Groups), in housing units concerning who was allowed to live in "their" unit because we didn't have enough staff to properly manage the unit. For example, Unit Management staff would dismiss DORs (Disciplinary Offense Reports) and other write ups or infractions in exchange for good behavior and a decrease in assaults. At times, the inmates would be allowed to have special privileges such as extended day

room access and recreation times. Several times I witnessed rule violations being ignored by officers and supervisors in order to maintain "peace" within the units. If I would try to step in and enforce the rules, the inmates would argue and complain. In turn, my supervisors would tell me to back off and continue to let them get away with what they were doing. All of these things resulted in obvious staff manipulation which was quite common at ICC. This happened frequently while I worked at ICC.

### FALSIFICATION OF STAFFING LOGS AT ICC

10. Based on my experience and observations while on shift, administrators at ICC falsified the staff roster on a daily basis to give the impression that ICC was fully staffed when that wasn't the case. I personally witnessed several occasions when the PIE Building was severely understaffed yet the daily shift roster would have the name of an officer at every post, even when those officers were never posted in the PIE Building at that time.

11. A daily roster at ICC listed all the posts that were supposed to be filled. On many occasions I saw rosters during the day that contained blanks next to some posts indicating that no one had been signed to that post. At the end of the day, the roster would be typed and names would be placed in all the blanks, even when the person doing this knew that the information was incorrect. I witnessed both officers and supervisors do this.

12. One thing that ICC routinely did to make it look like it was fully staffed was to hold COs over so that they worked 4 hours into the next shift. When these COs then left, usually no one replaced them so these posts were vacant for the remaining 8

hours of the shift. Yet the roster would indicate that the post was filled the entire shift. At times, the shift Captain or Lieutenant would call an officer coming in for the next shift and ask them to come in early. They would then put them down as having worked an empty post throughout the day even though they were only there for the final few hours of the shift. This is something that I personally witnessed.

13. Another thing that ICC routinely did was move COs from one post to another during the day and list them as working more than one post. If officers were required to go "off site" for any reason throughout the day (usually for transporting medical emergencies to the hospital), their existing posts would be left unfilled.

14. Still another thing that ICC routinely did was assign non-security staff, like Case Managers, to a security post. Based on my experience and observations while on shift, ICC would then list the Case Manager as having filled a security post when in fact that employee was working only as a Case Manager. Though these Case Managers do have security training, it was improbable for them to be able to fulfill the role of floor officer while fulfilling their job requirements as a Case Manager. It was not possible for them to do both jobs simultaneously, yet they were asked to do so and the shift roster would reflect such.

15. IDOC assigned Contract Monitors to work at ICC. On a number of occasions when the Contract Monitors were in the PIE Building, I notified them about the inadequate staffing and false documentation of logs. The Contract Monitors never responded to my notifications. The general response was a sigh of

5

disregard and then they would leave the building. I was never asked to fill out any reports, nor was I questioned further about any of my concerns. No changes or improvements were ever made and the contractual violations continued.

16. It was obvious to deduct that all levels of administration were fully aware of the gross understaffing and the falsification of the logs and shift rosters. I personally notified my Unit Manager, Chief of Unit Management and Wardens. Assistant Warden Kessler simply told me not to talk to him anymore and that it wasn't my job to worry about it. It is also reasonable to assume that not only did they know about all of this, but they were blatantly and neglectfully dismissive of these violations.

_____
Annette Mullen

SUBSCRIBED AND SWORN BEFORE ME this 29th day of April, 2013.

_____
Notary Public for the State of Idaho
Residing at: Boise, Idaho
Commission Expires: February 4, 2017

6

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 11th day of June, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kirtlan Naylor | kirt@naylorhales.com |
| James Huegli | jameshuegli@yahoo.com |
| Daniel Struck | dstruck@swlfirm.com |
| Tara Zoellner | tzoellner@swlfirm.com |

                                                              By:  <u>Richard Alan Eppink</u>