STEPHEN L. PEVAR
American Civil Liberties Union Foundation
330 Main Street, First Floor
Hartford, Connecticut 06106
(860) 570-9830

RICHARD ALAN EPPINK
reppink@acluidaho.org
American Civil Liberties Union of Idaho Foundation
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750 ext. 206
Idaho State Bar no. 7503

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| JOSHUA KELLY, et al., | Case No.: 1:11-cv-00185-EJL |
|---|---|
| Plaintiffs, | **AFFIDAVIT OF JAUNE SONNIER** |
| v. | |
| TIMOTHY WENGLER, et al., | |
| Defendants. | |

STATE OF IDAHO    )
                 : ss.
COUNTY OF ADA    )

I, Jaune Sonnier, having been duly sworn, now depose and state:

1. I am an adult resident of Ada County, Idaho.

2. I have been employed by the Idaho Correctional Center (ICC) as an Addictions Treatment Counselor continuously since August 2010.

3. Currently, my work schedule at ICC is 7:00 a.m. to 5:30 p.m. Tuesday through Friday, every week. Before about January 2013, my work schedule was 8:00 a.m. to

AFFIDAVIT OF JAUNE SONNIER – Page 1

5:30 p.m. Monday through Thursday and 6:30 p.m. to 10:30 p.m. on Friday, every week. Before that, my schedule was 6:00 a.m. to 2:30 p.m. Monday through Friday, and before that (beginning when I started working at ICC) it was 6:30 a.m. to 3:00 p.m. Monday through Friday.

4. During the entire time I have been employed at ICC, I have worked in the PIE building. The PIE building has three housing areas, or "pods," for prisoners: pod P1, pod P2, and pod P3. Under ICC's minimum staffing requirements as they have been related to me by ICC security-trained staff, there is supposed to be ▮▮▮▮ or ▮▮▮▮, who has been security-trained, in ▮▮▮▮ at all times. In addition, under the minimum staffing requirements, there is also supposed to be a security-trained CO or CC ▮▮▮▮ and an additional security-trained CO or CC ▮▮▮▮.

5. I have had an office in the PIE building since I began working at ICC. Currently, my office is inside the housing area of pod P1. I can observe P1 from my office.

6. On average, I see a security-trained CO or CC in P1 only one or two times per week during my work schedule. There are many times when weeks go by without my seeing a CO or CC in the pod where my office is. In fact, during the two years and approximately eight months that I have worked at ICC, there have been about 15 to 20 times when three to six weeks have gone by without my seeing a security-trained CO or CC in the PIE housing pod where I was working.

AFFIDAVIT OF JAUNE SONNIER – Page 2

7. I specifically recall a period during the beginning of 2012 when about two or three months passed and I never saw any security-trained CO or CC on pod P3, where my office was during that time.

8. Two or three times each week, on average, when I am exiting the PIE building I discover that there is no CO or CC in the ▮▮▮▮▮▮▮▮

9. I have complained to Correctional Counselors about the lack of security protection in PIE because it frightens me to have so few COs on duty when I'm inside the PIE building and they have told me that there is nothing that can be done. I complained to my previous supervisor about two times per week, during an extended period of time, about inadequate staffing and security protection in PIE. He told me that he would take care of it but told me not to tell anybody else about it. However, the problem was never taken care of.

10. I frequently see individuals who I understand are the Contract Monitors employed by the Idaho Department of Corrections to monitor ICC's compliance with its contract with the State of Idaho in the PIE building, Mr. Hansen. Many times that Mr. Hansen is in the PIE building it is obvious that there are no security-trained COs or CCs in some of the pods.

11. On a regular basis, Administrative Staff Members are supposed to visit PIE to check conditions related to its security. Upon checking these conditions, those staff members are supposed to sign logs called "Passdown" logs. Routinely, I personally witness high-level Administrative Staff Members signing Passdown logs without having conducted any check whatsoever into the security of PIE. I have personally seen them sign Passdown logs despite that there are obvious security issues, such as an absence

AFFIDAVIT OF JAUNE SONNIER – Page 3

of any security-trained CO or CC. Indeed, during the whole time I have worked at ICC, only one time have I ever seen an Administrative Staff member conduct any of the required inspections before signing a Passdown log.

12. Recently, one prisoner, Hawkins, who had recently violently assaulted another prisoner, Stetzel, were both housed together in the same pod, ▮ not long after the attack. Despite the recent assault, ICC housed them together.

13. Mass movements of prisoners at ICC are consistently understaffed. Based on what I have been told by Sergeants at ICC as to proper staffing for mass movements of prisoners, I have never seen a properly staffed mass movement during my entire time at ICC. In fact, on many occasions I have seen mass movements where there are no officers at the metal detectors. As a result, I have seen many times where a metal detector's alarm has gone off, indicating that a prisoner is potentially carrying a weapon, and the prisoner just keeps walking through and is never checked for a weapon or other contraband.

14. My safety and the security of all prisoners has been severely compromised by this understaffing, throughout my time at ICC.

_____
Jaune Sonnier

Sworn to and subscribed before me this _13_ day of ~~April~~ May, 2013.

ABRAHAM JACKSON
Notary Public
State of Idaho

_____
Notary public
Residing at: Boise, ID
My commission expires: 2/2/18

AFFIDAVIT OF JAUNE SONNIER – Page 4

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 11th day of June, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Kirtlan Naylor | kirt@naylorhales.com |
| James Huegli | jameshuegli@yahoo.com |
| Daniel Struck | dstruck@swlfirm.com |
| Tara Zoellner | tzoellner@swlfirm.com |

                   By: <u>Richard Alan Eppink</u>