Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
330 Main Street, First Floor
Hartford, Connecticut  06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.org
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750 ext. 206
Idaho State Bar no. 7503

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| JOSHUA KELLY, *et al.*, | Case No.: 1:11-cv-00185-EJL |
|---|---|
| Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, *et al.*,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR TEMPORARY EXTENSION OF THE SETTLEMENT AGREEMENT'S TERMINATION DEADLINE, AND MOTION TO EXPEDITE CONSIDERATON** |

Currently pending before Judge Carter is Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of Court (Dkt. 39).  In that motion, the Plaintiffs contend that the Defendants violated this Court's September 20, 2011 Settlement Agreement (Dkt. 25).  A two-day hearing was held on Plaintiffs' motion on August 7-8, 2013.  At the conclusion of the hearing, the Plaintiffs requested, among other things, that the Settlement Agreement's termination deadline be extended.  That request is currently under advisement.

Paragraph 16 of the Settlement Agreement states: "The relief granted in this agreement shall terminate on the two year anniversary of the date that the parties execute the settlement agreement." The parties signed the agreement on September 16, 2011, and the Court adopted and filed it four days later. Thus, the Settlement Agreement is set to expire either on Sept. 16, 2013 or September 20, 2013.

Wherefore, the Plaintiffs respectfully request that the Court issue an order prior to September 16, 2013, temporarily extending the deadline of the Settlement Agreement until such time as Judge Carter determines whether (1) to grant Plaintiffs' request for an extension of the termination deadline, or (2) to allow the Settlement Agreement to expire. Plaintiffs also respectfully request that the Court expedite its consideration of this motion, so as to preserve the *status quo*.

Respectfully submitted this 13th day of September, 2013.

/s/Stephen L. Pevar
Stephen L. Pevar
Ritchie Eppink

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013, I electronically filed the foregoing motion and sent electronic copies to using the CM/ECF system which sent a notice of electronic filing to all counsel of record.

/s/ Stephen L. Pevar
Stephen L. Pevar