Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
330 Main Street, First Floor
Hartford, Connecticut  06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.org
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750 ext. 1202
Idaho State Bar no. 7503

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| | Case No.: 1:11-cv-00185-EJL |
| JOSHUA KELLY, *et al.*, | |
| Plaintiffs, | PLAINTIFFS' MOTION FOR AN |
| v. | EXTENSION OF TIME |
| TIMOTHY WENGLER, *et al.*, | |
| Defendants. | |

The Court's Memorandum Decision and Order of September 16, 2013 (Dkt. No. 76) states in relevant part:

> The Settlement Agreement provides that this Court may award attorneys' fees and costs if it finds a material breach of the Agreement.  These fees and costs are limited to those incurred in connection with the contempt motion and resulting discovery and hearings.  Plaintiffs are directed to submit documentation of those fees and costs.

*Id.*, Slip Op. at 23.

Plaintiffs intend to submit documentation of their fees and costs in a timely manner. Local Rule 54.2(b) states that a motion for attorney fees must be filed "within fourteen (14) days after entry of judgment under which attorney fees may be claimed." Accordingly, Plaintiffs were intending on filing their motion for fees no later than September 30, 2013.

However, on September 23, 2013, Defendants filed a Motion For Clarification (Dkt. No. 77), in which CCA requests clarification of (and essentially a modification of) the Court's Memorandum Decision. Plaintiffs immediately began researching the issues raised by CCA's motion and will file a response by (and well in advance of) their October 18, 2013 deadline. Plaintiffs have already found a number of cases on point.

The time spent by Plaintiffs in responding to CCA's Motion For Clarification should be included in Plaintiffs' motion for attorney fees, as this work is directly related to the contempt motion. Wherefore, Plaintiffs respectfully request an extension of time in which to file their Rule 54.2 motion for attorney fees, with the new deadline being set at fourteen (14) days after the Court issues a decision on CCA's Motion For Clarification.

Respectfully submitted this 25th day of September, 2013.


/s/Stephen L. Pevar
Stephen L. Pevar
Ritchie Eppink

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I electronically filed the foregoing motion and sent electronic copies to the CM/ECF system which sent a notice of electronic filing to all counsel of record.

/s/ Stephen L. Pevar
Stephen L. Pevar