Stephen L. Pevar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
330 Main Street, First Floor
Hartford, Connecticut 06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.ort
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750 ext. 1202
Idaho State Bar no. 7503

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, et al., | |
| Plaintiffs, | Case No. 1:11-cv-00185-EJL |
| vs. | **STIPULATION FOR INDEPENDENT MONITOR** |
| TIMOTHY WENGLER, et al. | |
| Defendants. | |

The parties to this Stipulation, by and through their attorneys of record, hereby stipulate and agree that David Sasser of Boise, Idaho be considered and appointed as the Independent Monitor in this case, pursuant to the Court's Order, Dkt. 79.   Attached is Mr. Sasser's September 26, 2013 letter, which includes his resume information, and a September 26, 2013 letter from ACLU Attorney Stephen L. Pevar referencing this matter.

**STIPULATION FOR INDEPENDENT MONITOR - 1.**

Should the Court desire further information, the parties would welcome a telephone conference to discuss the merits of Mr. Sasser's appointment.

DATED this 27th day of September, 2013.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By  /s/ Stephen L. Pevar
Email: pevaraclu@aol.com
Richard Eppink
Email: reppink@acluidaho.org
  *Attorneys for Plaintiffs*

NAYLOR & HALES, P.C.

By   /s/ Kirtlan G. Naylor, Of the Firm
     Email: kirt@naylorhales.com

STRUCK, WIENEKE & LOVE, P.L.C.
Daniel P. Struck
Email: dstruck@swlfirm.com
Tara B. Zoellner
Email: tzoellner@swlfirm.com
  *Attorneys for Defendants Timothy Wengler and*
  *Corrections Corporation of America*

**STIPULATION FOR INDEPENDENT MONITOR - 2.**

**NH**

## NAYLOR & HALES, P.C.
ATTORNEYS AT LAW

Kirtlan G. Naylor
Roger J. Hales
Bruce J. Castleton
James R. Stoll
Eric F. Nelson
David Sasser
Jacob H. Naylor
Tyler D. Williams

*Of Counsel*
Robert G. Hamlin
James D. Carlson

**DAVID SASSER**
*Senior Counsel*

Direct Line: 947-2080
E-mail: dave@naylorhales.com

September 26, 2013

Honorable David O. Carter
United States District Judge
For the Central District of California
Sitting by Special Designation for the District of Idaho
550 W. Fort St., Rm 400
Boise, ID 83724

> *Re:    Independent Monitor - Kelly v. Wengler - Case No. 1:11-CV-185-S-EJL*

Dear Judge Carter:

At the request of the attorneys for the Plaintiffs and Defendants in the above-referenced matter, and subject to your approval, I have indicated a willingness to perform the duties of the independent monitor, referenced in the Memorandum Decision and Order the Court issued on September 16, 2013.

Counsel for the parties have also asked that I provide the Court with information that may help the Court assess my background and decide whether to confirm the parties' recommendation to the Court.

**Personal**.   I am a sixty four year old Idaho native, who grew up on a farm in southeastern Idaho. I attended college in Washington, D.C. I have been married to my wife, Kathy, for forty five years. I have five married children and twelve grandchildren.

**Employment**.   Along with numerous part-time or second jobs along the way to provide for my family, the following represents the primary positions I have held during my employment history:

- Federal Bureau of Investigation - Washington, D.C. - Technician - Identification  Division - while attending undergraduate studies.
- Accountant - Joseph A. Wilner and Company, Washington, D.C.
- Accountant - Washington Post, Washington, D.C.
- Police Officer - City of Reno, NV

- Intern/Extradition Investigator - Sacramento Office of Attorney General, State of California
- Deputy Sheriff and Legal Liaison Officer - Sacramento County Sheriff's Department
- Police Legal Advisor - Boise Police Department, Boise, Idaho.
- Deputy City Attorney - City of Garden City, Boise, Idaho
- Law Firm of Hamlin & Sasser (1984-2000).  Practice focused on representing, advising and defending governmental officials and entities throughout the state, with emphasis on defense of law enforcement activities and operations, including but not limited to, jail and prison litigation. (During that time period, Mr. Pevar and I were involved in numerous cases in which he represented inmates and I defended the agencies and officials who managed those facilities.)
- Risk Management/Loss Control Attorney - Idaho Counties Risk Management Program (ICRMP).  I represented ICRMP in this capacity for ten years.  My practice focused on advising, representing, training and influencing governmental agencies, particularly those with law enforcement operations, to take actions to avoid unnecessary litigation and liability exposure. A significant portion of my representation during those ten years involved police lockups, juvenile detention centers, jails and prisons.  During this period of time, and to the present, ICRMP has and does contract with me, on behalf of the Idaho Sheriffs Association, to receive complaints about jail operations, including complaints from inmates, attorneys, the ACLU, etc., and to investigate and/or work with the individual agencies to investigate such complaints, communicate with complainants and, if necessary, take actions to resolve such complaints, informally or formally.
- Naylor & Hales - Contract Attorney - 2011 to present, where  my practice focuses on representing and advising government officials and entities throughout the state, with a continuing emphasis on law enforcement operations, including operations of detention facilities.  As a contract attorney, I am not a shareholder and do not share in firm profits.  I pay the firm for staff support and the firm does not share in my profit.

**Miscellaneous Legal Relationships.**

- Currently Legal Advisor - Idaho Sheriff's Association (26 years)
- Currently Legal Advisor - Idaho Chiefs of Police Association (13 years)
- Member - Legal Advisers Committee - International Association of Chiefs of Police
- Member - Legal Officers Section - National Sheriff's Association
- Instructor - Idaho Peace Officer Standards and Training - Numerous law enforcement related topics, including Detention Operations, Inmate Rights and Detention Liability.
- Instructor - Idaho State University - Law Enforcement Department.

**Education**.
- Juris Doctorate, McGeorge School of Law, University of Pacific, 1981.
- Bachelor of Commercial Science - Accounting Major, Benjamin Franklin University, Washington D.C. (Now merged with George Washington University) 1972.

**Bar Admissions**: Idaho 1983; U.S. District Court (Idaho) 1983; U.S. Court of Appeals for Ninth Circuit 1984; U.S. Court of Appeals for Tenth Circuit 1984; U.S. Supreme Court 1991.

I hope you will feel free to contact me, in the event that you have any questions, or issues you wish to discuss, prior to making your decision in this matter.

Sincerely,

David Sasser

DS:dnp
cc: Daniel Struck, Stephen L. Pevar, Kirt G. Naylor, Ritchie Eppink

STEPHEN L. PEVAR
*SENIOR STAFF COUNSEL*



September 26, 2013

Re: David Sasser

Dear Judge Carter:

I strongly recommend that David Sasser be selected as the Court's Monitor. I've known Dave at least twenty years and have litigated more than ten prisoners' rights cases in which he was counsel for the defendants. I trust his judgment. His integrity is impeccable. I am the one who suggested that Dave consider this appointment.

I am fully aware that Dave has a relationship with Kirt Naylor's law firm. However, Dave is not a partner and does not share in the firm's profits. I have no qualms in permitting Dave to be our Monitor; on the contrary, Dave is the best man for the job.

Thanks for considering Dave Sasser as the Court's Monitor.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
330 MAIN STREET
1ST FLOOR
HARTFORD, CT 06106
T/860.570.9830
F/860.570.9840
PEVARACLU@AOL.COM
WWW.ACLU.ORG

Sincerely yours,

*Stephen L. Pevar*

Stephen L. Pevar

SLP/jjs