UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER APPROVING STIPULATION AND APPOINTING INDEPENDENT MONITOR** |

In the Court's Memorandum Decision and Order filed September 16, 2013 ("Order") (Dkt. 76), the Court directed the parties to confer about an appropriate independent monitor. Memorandum Decision and Order at 21.

The parties have submitted a stipulation to appoint Edward Leach as the independent monitor in this case. Stipulation for Independent Monitor ("Stipulation") (Dkt. 83). Both parties are satisfied that Mr. Leach is an able and appropriate monitor. The Court has no objection to the appointment.

Accordingly, Edward Leach is hereby APPOINTED as the Court's monitor. Mr. Leach is tasked with monitoring the staffing requirements established in the Settlement Agreement (Dkt. 25) and discussed in the Order. Per the Order, Defendant is to pay Mr.

**Order Approving Stipulation and Appointing Independent Monitor - 1**

Leach's fees. Mr. Leach is to familiarize himself with the case and present to the Court a proposed plan for regularly monitoring the ICC staffing. The plan should include regular reports to the Court indicating CCA's compliance with the Settlement Agreement and the Order. The Plan should also provide for monthly reports to the Court to be filed under seal.

The proposed plan should be submitted to the Court via email to the ADR Coordinator and provided to both parties on or before **October 25, 2013**.

DATED this 10th day of October, 2013.

_____
DAVID O. CARTER, United States District Judge
For the Central District of California
Sitting by Special Designation