UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSHUA KELLY; JOSE PINA;
ANDREW IBARRA; RAY BARRIOS;
RANDY ENZMINGER; MICHAEL
MIERA; PRISONER A; PRISONER F,
Individually and on behalf of a class of
all other persons similarly situated,

               Plaintiffs - Appellees,

  v.

TIMOTHY WENGLER;
CORRECTIONS CORPORATION OF
AMERICA, INC.,

               Defendants - Appellants.

No. 13-35972

D.C. No. 1:11-cv-00185-EJL
U.S. District Court for Idaho, Boise

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., October 25, 2013** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., November 15, 2013** | Transcript shall be ordered. |
| **Mon., December 16, 2013** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Fri., January 24, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., February 24, 2014** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Isidro Vargas
Deputy Clerk