Kirtlan G. Naylor        ISB 3569
James R. Stoll           ISB 7182
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Telephone:  (208) 383-9511
Fax:  (208) 383-9516
kirt@naylorhales.com
jrs@naylorhales.com

Daniel P. Struck         AZB 012377
(Admitted Pro Hac Vice)
Timothy J. Bojanowski    AZB 022126
(Admitted Pro Hac Vice)
Tara B. Zoellner         AZB 027364
(Admitted Pro Hac Vice)
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@swlfirm.com,
tbojanowski@swlfirm.com
tzoellner@swlfirm.com

Attorneys for Defendants Timothy Wengler and
Corrections Corporation of America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC. <br><br> Defendants. | Case No. 1:11-cv-00185-EJL <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants Timothy Wengler and Corrections Corporation of America ("Defendants") submit the following supplemental authority in support of their opposition to

Plaintiffs' Motion and Request for an Award of Attorneys' Fees and Costs.  (Docs. 96, 102.)

On pages 10-16 of Plaintiffs' Request (Doc. 96), Plaintiffs seek a 2.0 fee enhancement for their work on this case's contempt-phase proceedings.  In support of their argument that enhanced fees are warranted and should trump the Prison Litigation Reform Act's mandatory cap, Plaintiffs submit affidavits and declarations of various Idaho practitioners. Among the practitioners who provided an affidavit in support of Plaintiffs' multiplier argument is J. Walter Sinclair, a partner at Stoel Rives, LLP in Boise, Idaho.  (Doc. 96-6.)  Mr. Sinclair has been practicing law for 35 years and was, notably, appointed by the Federal District Court for the District of Idaho to serve as counsel to the class of prisoners incarcerated at the Idaho State Correctional Institution in *Balla v. Idaho State Board of Correction*, Case No. 1:81-CV-1165-S-BLW.  (Doc. 96-6.)

In support of the proposition on pages 7-9 of Defendants' Response to Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc. 108), that the PLRA's mandatory fee cap does not permit an enhancement or multiplier, Defendants submit the attached Exhibit 1.  In October 2013, Mr. Sinclair and his firm requested an interim fee award for fees incurred between February 1, 2013 and August 1, 2013 – roughly the same time period at issue in this proceeding. In so doing, Mr. Sinclair and his firm acknowledged the fee cap set forth under the PLRA and only requested as much. Earlier this month – on December 10, 2013 – the *Balla* court awarded the *Balla* plaintiffs a stipulated amount based on the PLRA rate.  *See, Balla* Docs. 898, 910 & 917, attached as Ex. 1.  Not only is *Balla* a far more complex case, given the fact that it was a certified class action (this case was never certified as a class action), but it has been ongoing for over twenty years.

/ / /

/ / /

/ / /

/ / /

/ / /

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** - 2

DATED this 23rd day of December 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By    */s/ Tara B. Zoellner*
     Daniel P. Struck
     E-mail:  dstruck@swlfirm.com
     Timothy J. Bojanowski
     E-mail:  tbojanowski@swlfirm.com
     Tara B. Zoellner
     E-mail:  tzoellner@swlfirm.com

     Kirtlan G. Naylor
     E-mail:  kirt@naylorhales.com
     NAYLOR & HALES, P.C.

     Attorneys for Defendants Timothy Wengler
     and Corrections Corporation of America, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of December 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

   Richard Alan Eppink
   reppink@acluidaho.org

   Stephen L. Pevar
   pevaraclu@aol.com

   Daniel P. Struck
   Timothy J. Bojanowski
   Tara B. Zoellner
   dstruck@swlfirm.com
   tbojanowski@swlfirm.com
   tzoellner@swlfirm.com

   Kirtlan G. Naylor
   James R. Stoll
   kirt@naylorhales.com
   jrs@naylorhales.com

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

   Via first class mail, postage prepaid addressed as follows:

   N/A

   Via certified mail, return receipt requested, addressed as follows:

   N/A

      */s/ Sheila D. Brown*

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** - 4

**EXHIBIT 1**

J. Walter Sinclair, ISB # 2243
E-mail: *jwsinclair@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| WALTER D. BALLA, et al., | |
|               Plaintiffs, | Case No. CV 81-1165-S-BLW |
|    v. | **JOINT STIPULATION RE PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS (DKT. 898)** |
| IDAHO STATE BOARD OF CORRECTION, et al., | |
|               Defendants. | |

Plaintiffs Walter D. Balla, et al. (Plaintiffs) and Defendants Idaho State Board of

Correction, et al. (Defendants) (collectively the "Parties"), by and through their respective

counsel, hereby stipulate and move this Court for an Order awarding Plaintiffs interim costs and

attorneys' fees in the amount of $64,115.59 for costs and fees incurred between February 1, 2013

and August 1, 2013, payable no later than 30 days from the date of the Court's Order. A

proposed order is submitted herewith.

Pursuant to District of Idaho Local Civil Rule 7.3, the Order is requested because (1)

Plaintiffs initially filed their Request for Interim Attorneys' Fees and Costs, requesting

$65,963.11 in costs and fees, on October 18, 2013 (Dkt. 898), (2) on November 7, 2013

**JOINT STIPULATION RE PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS'
FEES AND COSTS (DKT. 898) -1**

Defendants filed their Unopposed Motion for Enlargement of Time to Respond to Plaintiffs'

Request for Interim Attorneys' Fees and Costs (Dkt. 898), extending Defendants response time

to December 3, 2013 so "to allow the parties an opportunity to complete the meet and confer

requirement," (Dkt. 906) and (3) having fully met and conferred, and while not waiving any

arguments, the parties have reached a good faith settlement of $64,115.59 in costs and fees.

WHEREFORE the parties respectfully request an Order awarding Plaintiffs $64,115.59

in costs and fees, to be paid no later than 30 days from the date of the Order.

DATED: November 26, 2013.

/s/ Elijah M. Watkins
J. Walter Sinclair
W. Christopher Pooser
Elijah M. Watkins

Attorneys for Plaintiffs

DATED: November 26, 2013

/s/ Mark Kubinski
Mark Kubinski
Colleen Zahn

Attorneys for Defendants

**JOINT STIPULATION RE PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS'
FEES AND COSTS (DKT. 898) - 2**

J. Walter Sinclair, ISB # 2243
E-mail: *jwsinclair@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: emwatkins@*stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al., | Case No. CV 81-1165-S-BLW |
| Plaintiffs, | |
| v. | **PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS** |
| IDAHO STATE BOARD OF CORRECTION, et al., | |
| Defendants. | |

Plaintiffs, by and through their attorneys of record, Stoel Rives LLP, and pursuant to the

Memorandum Decision and Order (Dkt. 867) filed on February 8, 2013, Fed. R. Civ. P. 54(d),

Local Rule 54.2, 42 U.S.C.A § 1988, and 42 U.S.C. § 1997e(d), hereby submit their Request for

Interim Attorneys' Fees and Costs as follows:

**<u>ATTORNEYS' FEES</u>**

The itemized list of attorneys' fees *Exhibit A* attached hereto, were reasonably and

necessarily incurred between February 1, 2013 and August 1, 2013.  As indicated in *Exhibit A*

the attorneys' fees (a) are computed on the basis of an hourly rate which is commensurate with

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 1**

rates charged by other attorneys providing litigation services in the State of Idaho. There is a

total of 317.60 hours worked during this time period for a total of $78,750.00. The attorneys'

time is coded on *Exhibit A* by each timekeeper's initials, as follows:

> JWS   – J. Walter Sinclair (partner in Stoel Rives LLP Boise Office)
> JEP    – Jason E. Prince (former partner in Stoel Rives LLP Boise Office)
> EMW – Elijah M. Watkins (associate in Stoel Rives LLP Boise Office)
> AMB   – Allison M. Blackman (former associate in Stoel Rives LLP Boise Office)

## ATTORNEYS' FEES WITH PLRA RATE CAP

Taking into account the attorneys' fee cap set forth under the Prison Litigation Reform

Act, the 317.60 hours worked is calculated at the following rates:

J. Walter Sinclair and Jason E. Prince: 56.6 x $213 = $12,055.80

Elijah M. Watkins and Allison M. Blackman: 261 x $200 = $52,200.00

**TOTAL ATTORNEY'S TIME (W/ RATE CAP):     $64,255.80**

## COSTS

### Costs as a Matter of Right:

N.A.

### Discretionary Costs:

The following costs were reasonably and necessarily incurred between

February 1, 2013 and August 1, 2013:

Attorneys' Costs
(For itemization, see *Exhibit B* attached hereto) = $1,599.91

Class Representative Costs
(For itemization, see *Exhibit C* attached hereto) = $   97.40

**TOTAL COSTS:          $ 1,697.31**

**TOTAL ATTORNEYS' FEES AND COSTS:     $65,953.11**

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 2**

DATED:  October 18, 2013.

STOEL RIVES LLP

/s/ *Elijah M. Watkins*

J. Walter Sinclair
Elijah M. Watkins
Attorneys for Plaintiffs

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 3**

**EXHIBIT A**

| Date | Atty or Paralegal | Hours | Rates | Fees | Description |
|---|---|---|---|---|---|
| 02/01/13 | AMB | 6.00 | 200.00 | 1,200.00 | Begin drafting NCCHC justification statements for inclusion in Final Addenda A |
| 02/04/13 | JOP | 0.70 | 213.00 | 149.10 | Review and revise Plaintiffs' requests for NCCHC standards and documents; review and revise cover letter to same |
| 02/04/13 | AMB | 8.00 | 200.00 | 1,600.00 | Phone conversation with Balla Class Representative to verify outstanding documents requests related to Draft Appendix A (1); Continue drafting a complete Plaintiffs' List of Remaining Documents for Inclusion in Addenda A of the Modified Compliance list, which included the NCCHC justification statements, and draft letter to Defendants to accompany the same (5); provide the list and corresponding letter to Jason Prince for his review and then make final changes based on Jason's recommendations and email to Defendants (1) |
| 02/06/13 | AMB | 7.00 | 200.00 | 1,400.00 | Draft document describing Plaintiffs' remaining requests regarding Appendix B in preparation for negotiations (6.5); phone conversation with Balla Class Representative re Appendix B requests (.5) |
| 02/07/13 | JOP | 0.90 | 213.00 | 191.70 | Review and revise reply to Appendix B issues and strategize with Allison Blackman re same |
| 02/07/13 | AMB | 4.00 | 200.00 | 800.00 | Final preparations, and attend negotiations regarding contents of Addendum B |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 4**

| 02/08/13 | JOP | 0.70 | 213.00 | 149.10 | Review court order re petition for attorney's fees and costs; confer with Allison Blackman re status of modified compliance plans and teleconference with Judge Carter |
|----------|-----|------|--------|--------|---|
| 02/08/13 | AMB | 3.90 | 200.00 | 780.00 | Phone conversation with Balla Class Representative summarizing negotiations re Appendix B (.5); review Court's order granting in part and denying in party attorneys' fees and costs, send summary email to team (.5); revise Plaintiffs' list of remaining objections to Appendix B (2.0); phone conference with Judge Carter and strategize with Jason Prince following re the same (.9) |
| 02/11/13 | AMB | 1.40 | 200.00 | 280.00 | Phone conversation with Balla Class Representative to update the class re continued negotiations (.3); call opposing counsel to discuss drafting stipulation extension as well as to coordinate schedules to meet with Judge Carter in California (.3); begin drafting stipulation extension |
| 02/12/13 | AMB | 1.40 | 200.00 | 280.00 | Phone conversation with opposing counsel and Susie Boring-Headlee re continued negotiations (.7); finalize draft of stipulation extension and proposed order, send to Jason Prince for review (.4) |
| 02/13/13 | JOP | 0.20 | 213.00 | 42.60 | Review and revise draft stipulation re extension of deadline and strategize re same; strategize re timing and format of dispute resolution process with Judge Carter |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 5**

| 02/13/13 | AMB | 0.70 | 200.00 | 140.00 | Phone conversation with Balla Class Representative verifying representative approval of stipulation extension (.3); strategize with Jason Prince re stipulation (.1); send draft of stipulation and proposed order to opposing counsel for their review (.1); review changes and coordinate filing (.1) |
| 02/15/13 | AMB | 1.00 | 200.00 | 200.00 | Phone conversations with two separate Balla Class Representatives re stipulated extension, and strategy for ongoing negotiations. |
| 02/19/13 | AMB | 1.00 | 200.00 | 200.00 | Phone conversation with Defendants regarding summary materials for Judge Carter, begin setting up the same |
| 02/20/13 | JOP | 0.20 | 213.00 | 42.60 | Confer with Allison Blackman re status of argument summary for Judge Carter |
| 02/20/13 | AMB | 5.00 | 200.00 | 1,000.00 | Begin drafting Addendum A summary documents to ultimately provide to Judge Carter |
| 02/21/13 | JOP | 1.90 | 213.00 | 404.70 | Review and revise draft submissions to Judge Carter re additional documents and NCCHC standards requested by Plaintiffs; draft email to Allison Blackman re same |
| 02/21/13 | AMB | 4.00 | 200.00 | 800.00 | Attend February Monthly Monitoring meeting (2.5); meet with Class Representatives to discuss ongoing negotiations and strategize re Plaintiffs' ongoing objections (1.5) |
| 02/21/13 | AMB | 3.00 | 200.00 | 600.00 | Finalize draft of Addendum A materials summarizing the parties' remaining issues for resolution by Judge Carter, send to Jason Prince and opposing counsel for review |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 6**

| 02/22/13 | JOP | 1.30 | 213.00 | 276.90 | Strategize with Allison Blackman re results of yesterday's MM and client meeting, as well as Plaintiffs' arguments for Judge Carter re Addenda A and B; review and revise draft arguments for Judge Carter re Addendum B |
|---|---|---|---|---|---|
| 02/22/13 | AMB | 5.00 | 200.00 | 1,000.00 | Draft Addendum B outstanding issues summary document, and send to opposing counsel and to Jason Prince for review (2.5); update Appendix B negotiations summary (.5); phone conversation with Class Representative re ongoing negotiations (.5); strategize with Jason Prince re ongoing negotiations (.5); phone conversation with opposing counsel regarding timeline for finalizing summary documentation for Judge Carter (.3); draft letter to Class Representatives describing timeline for finalizing summary documentation (.3) begin revising Addendum A summary documentation materials (.4) |
| 02/25/13 | AMB | 3.50 | 200.00 | 700.00 | Begin revisions to Addendum A summary materials (2.5); phone call with opposing counsel finalizing the parties' Addendum B negotiations (.7); phone call with Balla Class Representative re Representatives' revisions to Addedum A summary materials (.3) |
| 02/27/13 | JOP | 0.60 | 213.00 | 127.80 | Review draft of NCCHC standards chart; strategize re timing of attorneys' fees petition issue |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 7**

| 02/27/13 | AMB | 6.50 | 200.00 | 1,300.00 | Phone conversation with opposing counsel re parties' negotiation summary materials (.4); phone conversation with Balla Class Representative re Plaintiffs' content in Addendum B summary materials (.4); exchange emails with opposing counsel re upcoming fees deadline set by the Court (.4); strategize with Jason Prince re upcoming fees deadline set by the Court as well as changes to Addendum A summary materials (.2); finalize edits and revisions to Addendum A summary materials and provide to opposing counsel (5.1) |
| --- | --- | --- | --- | --- | --- |
| 02/28/13 | JOP | 0.90 | 213.00 | 191.70 | Review draft Appendix B revisions and confer with Allison Blackman re same; strategize re potential deadline for filing petition for attorneys' fees; review and revise draft email to Craig Durham re same |
| 02/28/13 | AMB | 4.70 | 200.00 | 940.00 | Strategize with Jason Prince re final negotiations and preparation of negotiation summary documentation and Plaintiffs' position statement (.3); phone conversation with Balla Class Representative re Addendum B summary documentation materials (.4); make final revisions to summary Addendum B materials and provide to opposing counsel (1); draft Plaintiffs' position statement and send to Jason Prince for review (2.7); draft email to Court/ Craig Durham regarding parties' interpretation of Court' recent order related to entry of attorneys' fees re subsequent filing deadlines (.3) |
| 03/01/13 | JOP | 1.30 | 213.00 | 276.90 | Review and revise position statement re dispute over Appendices A and B (.9); strategize re various issues related to same (.4) |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 8**

| 03/01/13 | AMB | 7.50 | 200.00 | 1,500.00 | Prepare documents for client review (.5); meet with Class Representatives to receive client approval on final versions of negotiation summary documentation and confidential Plaintiff Position statement (3); make final revisions of final negotiation summary documentation and draft joint submission email and prepare email to provide all necessary electronic links to court (2.5); finalize Plaintiffs' confidential position statement and submit to court(1.5) |
| 03/05/13 | AMB | 0.70 | 200.00 | 140.00 | Phone conversation with Balla Class Representative re ongoing compliance monitoring issues, and review letter received discussing the same |
| 03/06/13 | AMB | 0.40 | 200.00 | 80.00 | Phone conversation with Balla Class Representative updating the class re on going negotiations and Judge Carter's review of summary documentation materials (.4) |
| 03/07/13 | AMB | 0.40 | 200.00 | 80.00 | Email opposing counsel and court to determine schedule for follow-up meeting with Judge Carter (.4) |
| 03/08/13 | AMB | 0.20 | 200.00 | 40.00 | Phone call from Balla Class Representative re ongoing compliance issues |
| 03/11/13 | AMB | 0.40 | 200.00 | 80.00 | Phone conversation with Balla Class Representative re Class Representative administrative issues |
| 03/13/13 | AMB | 0.20 | 200.00 | 40.00 | Phone conversation with Balla Class Representative re case Class Representative administrative issues |
| 03/15/13 | AMB | 0.50 | 200.00 | 100.00 | Receive phone call from confidential medical consultant to discuss plaintiffs' position re modified compliance plans |
| 03/18/13 | JOP | 0.30 | 213.00 | 63.90 | Analyze correspondence from class representative and confer with Allison Blackman re same |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 9**

| 03/18/13 | AMB | 2.00 | 200.00 | 400.00 | Verify status of IDOC's payment of attorneys' fees and costs through various email communications with opposing counsel, draft and respond re the same (1); receive letter from Balla Class Representative re Class Representative administrative issues, research Idaho Model Rules of Professional Conduct re the same (.7); strategize with Jason Prince re the same (.3) |
|---|---|---|---|---|---|
| 03/19/13 | JOP | 0.10 | 213.00 | 21.30 | Analyze email from opposing counsel re late payment of attorney's fees |
| 03/19/13 | AMB | 2.20 | 200.00 | 440.00 | Review letter from Class Representative re administrative issues (1.); strategize response to same letter with Jason Prince (.2); phone conversation with Stoel Rives' ethics counsel Brad Tellum re same administrative issues (.3); phone conversation with federal court liaison, Susie Boring Headlee, regarding same administrative issues (.5); phone conversation with Balla Class Representative re ongoing compliance issues (.3); phone conversation with Balla Class Representative re class representative administrative issues (.1); research class representative cases files with federal court to find materials in support of counsel's motion to remove class representative (.5); research PACER for settlement precedent identified by Class Representatives (,2) |
| 03/20/13 | AMB | 0.50 | 200.00 | 100.00 | Review notes from yesterday's phone call with Class Representative and prepare email to Defendants requesting Plaintiffs' agenda items for 3/21 MM |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 10**

| 03/21/13 | AMB | 4.00 | 200.00 | 800.00 | Research Idaho Public Records Act and records exempt from disclosure, send email to Jason Prince updating him re the same (.6); attend monthly Balla Monitoring Meeting (3); review declarations draft on behalf of Lance Wood in preparation for drafting motion for removal of Lance Wood as Class Representative (.3); email to Court and opposing counsel remaining them of the April 15th deadline to execute Addenda A and B, and notifying them of my absence the week of March 25th. |
|---|---|---|---|---|---|
| 03/22/13 | JOP | 1.20 | 213.00 | 255.60 | Telephone conference with Class Representative re potential removal of class representative status (.5); review and revise draft motion to remove class representative and related proposed order, and strategize with Allison Blackman re same (.7) |
| 03/22/13 | AMB | 3.50 | 200.00 | 700.00 | Strategize with Jason Prince re class representative administrative issues (.3); phone conversation with Balla Class Representative re class representative administrative issues (.3); phone conversation with Balla Class Representative re ongoing compliance issues (.3); phone conversation with opposing counsel to verify Defendants' non-opposition of Plaintiffs' Motion to Remove Class Representative (.3); phone conversation with ADR coordination Susie Boring Headlee to notify her of Plaintiffs' Motion to Remove Class Representative (.1); draft Motion to Remove Class Representative and proposed order (1.4); strategize with Jason Prince re the same (.3); coordinate filing of the same (.3) |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 11**

| 04/01/13 | JOP | 0.20 | 213.00 | 42.60 | Confer with Allison Blackman re concerns about retaliation against Class Representative and review draft email to opposing counsel re same |
|---|---|---|---|---|---|
| 04/01/13 | AMB | 1.90 | 200.00 | 380.00 | Phone conversation with Balla Class Representative re class representative retaliation (.5); draft letter to opposing counsel re the same, and strategize with Jason Prince re the same (.6); phone conversation with ADR Coordinator, Susie Boring Headlee re Balla Class Representative Administrative issues (.3); phone conversation with Balla Class Representative re ongoing compliance issues (.2); email to the court and opposing counsel re parties upcoming deadline for execution of the modified compliance plans (.3) |
| 04/02/13 | JOP | 0.20 | 213.00 | 42.60 | Confer with Allison Blackman re Class Representative issues and review draft of message to opposing counsel re same |
| 04/02/13 | AMB | 1.90 | 200.00 | 380.00 | Review letter received by Balla Class Representative re ongoing compliance issues and send email to Jason Prince re the same (.5); phone conversation with Balla Class Representative re class representative retaliation issues (.7); draft letter to opposing counsel re the same, send to Jason Prince for review (.7) |
| 04/03/13 | AMB | 0.30 | 200.00 | 60.00 | Phone call from Balla Class Representative re ongoing compliance issues (.1); phone call from Balla Class Representative re class representative retaliation (.2) |
| 04/04/13 | AMB | 0.80 | 200.00 | 160.00 | Phone conversation with Balla Class Representative re class representative retaliation issues (.4); review opposing counsel's response to retaliation claims and strategize re the same (.4) |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 12**

| 04/05/13 | JOP | 0.30 | 213.00 | 63.90 | Analyze email from opposing counsel re Class Representative issue and confer with Allison Blackman re same |
|---|---|---|---|---|---|
| 04/05/13 | AMB | 0.60 | 200.00 | 120.00 | Phone conversation with Balla Class Representative re ongoing compliance issues (.1); review correspondence from Balla Class Representative re class representative retaliation issues and review relevant DORS (.5) |
| 04/08/13 | AMB | 0.30 | 200.00 | 60.00 | Phone conversation with Balla Class Representative re class representative retaliation (.3) |
| 04/09/13 | JOP | 0.20 | 213.00 | 42.60 | Strategize with Allison Blackman re communications with Class Representatives (.1); analyze correspondence from court re Judge Carter's May 8, 2013 trip to Boise (.1) |
| 04/09/13 | AMB | 1.20 | 200.00 | 240.00 | Correspond with the court and opposing counsel re Judge Carter's anticipated visit (.8); draft stipulation to extend deadline to execute modified compliance plans and send to Jason Prince and then opposing counsel for review (.4) |
| 04/10/13 | JOP | 0.60 | 213.00 | 127.80 | Confer with Allison Blackman re class representative issues (.1); strategize re evidence of IDOC/Corizon understaffing in RDU intake (.2); analyze court order re Class Representative Lance Wood re implications for Balla case (.3) |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 13**

| 04/10/13 | AMB | 5.00 | 200.00 | 1,000.00 | Review Defendants draft Protective Order (1); draft email to Defendants re Plaintiffs ongoing retaliation concerns (1); phone conversation with Balla Class Representative re ongoing compliance concerns (.2); phone conversation with Balla Class Representative re class representative retaliation (.3); review relevant materials re Wood v. Sandra Martin to assess implications of Balla Class administration (2.0); review inmate correspondence and draft and send letter directing him to the Class Representatives (.5) |
|---|---|---|---|---|---|
| 04/11/13 | JOP | 0.20 | 213.00 | 42.60 | Review and approve draft stipulation re extension of deadline for finalizing modified compliance plans (.1); review and revise draft message to opposing counsel re concerns about attorney-client privilege protection and Class Representatives' access to other inmates' documents (.1) |
| 04/11/13 | AMB | 3.40 | 200.00 | 680.00 | Phone conversation with Balla Class Representative re stipulation extension (.5); phone conversation with Balla Class Representative re class representative retaliation (.5); finalize email regarding class representative retaliation (1); finalize review of draft stipulated protective order (.4); finalize review of filings in Lance Wood v. IDOC to asses any implication of the Balla Class, and update Jason Prince re the same (1) |
| 04/12/13 | AMB | 1.00 | 200.00 | 200.00 | Correspond with court and opposing counsel re Court's requested extension of the stipulation deadline from 30 to 60 days |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 14**

| 04/15/13 | AMB | 5.00 | 200.00 | 1,000.00 | Phone conversation with Balla Class Representative re retaliation issues (.3); phone conversation with various Balla Class Representative re stipulated extension (1); phone conversation with the ADR coordinator re Class Representative concerns re the extension (.4); email communications with the Court re stipulated deadline extension; phone conversation with opposing counsel re stipulated extension (.2); draft proposed order (.2); coordinate filing of the stipulation and proposed order (.2); begin reviewing Balla Monthly Meeting reports for content accuracy (3.7) |
|---|---|---|---|---|---|
| 04/16/13 | AMB | 6.00 | 200.00 | 1,200.00 | Phone conversation with Balla Class Representative re retaliation issues (.4); phone conversation with Balla Class Representative re stipulated extension to extend deadlines (.4); various phone conversations with Court and opposing counsel re the Court's error in docket 872, make efforts to rectify (1); continue reviewing Balla Monthly Monitoring meeting report for content accuracy re elements of criteria, relevant standards, audit tool, and methodology (4.2) |
| 04/17/13 | JOP | 0.20 | 213.00 | 42.60 | Analyze emails between Susie Boring-Headlee and opposing counsel re error in court's recent docket entry order and content of upcoming hearing with Judge Carter |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 15**

| 04/17/13 | AMB | 3.00 | 200.00 | 600.00 | Coordinate modification of court order re stipulation to extend deadline to execute modify compliance plans (.3); various speaking and emails with members of the court and opposing counsel re same (1.7); phone conversation with opposing counsel re plaintiff's ongoing concerns re class representative retaliation issues; phone conversation with Balla Class Representative re ongoing compliance issues (.4); draft letter to Lance Wood thanking him for his service as a Class Representative and notifying him of his removal (.3); review various Class Representative document requests and coordinate providing the same (.3) |
|---|---|---|---|---|---|
| 04/18/13 | AMB | 1.50 | 200.00 | 300.00 | Phone conversation with Balla Class Representatives re ongoing compliance issue (.4); various email correspondence and phone conversation with the Court re details of the May 8th hearing (1.1) |
| 04/19/13 | JOP | 0.20 | 213.00 | 42.60 | Review stipulated protective order |
| 04/19/13 | AMB | 1.70 | 200.00 | 340.00 | Phone conversation with opposing counsel re May 8th hearing (.2); coordinate research and mailing of documents requested by Class Representatives as part of ongoing compliance monitoring (.6); draft and circulate posting protocol request re Dockets 872 and 873 (.3); additional conference call with opposing counsel and the court re May 8th hearing (.6) |
| 04/19/13 | AMB | 0.40 | 200.00 | 80.00 | Review email and relevant ISCI policy provided by opposing counsel related to Class Representative concerns of retaliation |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 16**

| 04/23/13 | AMB | 0.50 | 200.00 | 100.00 | Phone conversation with Balla Class Representative re class representative concerns re retaliation (.3); phone conversation with Balla Class Representative re ongoing compliance issues and class administration (.2) |
|---|---|---|---|---|---|
| 04/24/13 | AMB | 1.40 | 200.00 | 280.00 | Phone conversation with Balla Class Representative re class representative concerns re retaliation (.5); review IDOC search policies and assess whether the class representatives legal material is adequately protected under IDOC policy (.9) |
| 04/25/13 | AMB | 4.00 | 200.00 | 800.00 | Prepare for meeting with Balla Class Representatives and monthly monitoring meeting; travel to and attend April monthly monitoring meeting |
| 04/29/13 | JOP | 0.40 | 213.00 | 85.20 | Strategize re various issues related to upcoming hearing and mediation with Judge Carter |
| 04/29/13 | AMB | 3.00 | 200.00 | 600.00 | Review Class Representative letters and materials re concerns of retaliation, begin drafting email to dispute IDOC's claims of confiscated materials (2); strategize with Jason Prince re Balla monthly monitoring meeting and ongoing concerns related to protection of Class Representatives ability to perform duties (.6); begin drafting letter in response to Class Representative concerns re ability to possess Balla legal materials (.4) |
| 04/30/13 | JOP | 0.20 | 213.00 | 42.60 | Strategize re concerns about defendants' proposed protective order |
| 04/30/13 | AMB | 3.00 | 200.00 | 600.00 | Phone conversation with Balla Class Representative re ongoing compliance issues (.5); review notes from meeting with Class Representatives and review Class Representative concerns regarding draft protective order and strategize re the same (2.5) |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 17**

| 05/01/13 | AMB | 0.50 | 200.00 | 100.00 | Phone conversation with Balla Class Representative re draft stipulation for protective order |
|----------|-----|------|--------|--------|----------------------------------------------|
| 05/03/13 | AMB | 2.20 | 200.00 | 440.00 | Draft response email to Defendants' Draft Stipulation for Protective Order, and send to Jason Prince for review (1); phone conversation with the Court re Judge Carter's issuance of tentative rulings re Plaintiffs' requests for inclusion in modified compliance plans, and update Jason Prince re the same (.4); begin reviewing tentative rulings (.8) |
| 05/06/13 | AMB | 2.50 | 200.00 | 500.00 | Continue reviewing Judge Carter's tentative rulings re Plaintiffs' requests for inclusion in modified compliance plans, and send high-level summaries to Jason Prince (2); strategize with Jason Prince re meeting with Class Representatives prior to Wednesday's hearing and coordinate scheduling of the same with opposing counsel (.5) |
| 05/07/13 | JOP | 1.30 | 213.00 | 276.90 | Analyze court's recent rulings on Appendix A and Appendix B and strategize with Allison Blackman re same |
| 05/07/13 | AMB | 8.00 | 200.00 | 1,600.00 | Finalize review of Judge Carter's tentative rulings re Plaintiffs' requests for inclusion in modified compliance plans, and make notes re the same (2.7); meet with Class Representatives re the same (3); meet with Jason Prince to strategize and prepare for Wednesday's hearing (.8); finalize preparation and tentative arguments for Wednesday's hearing (1.5) |
| 05/08/13 | JOP | 6.30 | 213.00 | 1,341.90 | Prepare for and participate in hearing with Judge Carter re Appendix A and Appendix B disputes |
| 05/08/13 | AMB | 9.00 | 200.00 | 1,800.00 | Appear for court-ordered hearing with Judge Carter |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 18**

| 05/10/13 | JOP | 0.60 | 213.00 | 127.80 | Review and revise draft email to Susie Boring-Headlee re additional information regarding chronic care policy issue and strategize re same |
|---|---|---|---|---|---|
| 05/10/13 | AMB | 3.00 | 200.00 | 600.00 | Draft letter to opposing counsel and Court re change in chronic care policy |
| 05/14/13 | JOP | 0.50 | 213.00 | 106.50 | Confer with Elijah Watkins re upcoming deadlines and projects |
| 05/14/13 | EMW | 0.50 | 200.00 | 100.00 | Office conference re case status |
| 05/15/13 | JOP | 0.70 | 213.00 | 149.10 | Telephone conference with opposing counsel re timing of monthly monitoring meeting and hearing on remaining disputed issues (.2); strategize re remaining disputed issues (.5) |
| 05/15/13 | EMW | 0.30 | 200.00 | 60.00 | Coordinate with group re case status |
| 05/16/13 | JOP | 0.50 | 213.00 | 106.50 | Review parties' position statements re draft Appendix A and draft Appendix B and assess status in light of Judge Carter's rulings |
| 05/16/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with group re substitution of counsel |
| 05/17/13 | JOP | 0.80 | 213.00 | 170.40 | Telephone conference with Susie Boring-Headlee re Allison Blackman's departure from case; analyze status of Judge Carter's rulings on disputed issues and strategize re next steps |
| 05/17/13 | EMW | 3.80 | 200.00 | 760.00 | Office conference re case status; evaluate and analyze Balla I opinions and orders; evaluate and analyze special master report |
| 05/20/13 | JOP | 0.10 | 213.00 | 21.30 | Telephone conference with Colleen Zahn re scheduling of upcoming MM meetings |
| 05/20/13 | EMW | 6.70 | 200.00 | 1,340.00 | Evaluate and analyze special master report; evaluate and analyze outstanding objections and rulings chart in preparation for client meeting; evaluate and analyze briefing re the same |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 19**

| 05/21/13 | JOP | 0.60 | 213.00 | 127.80 | Review correspondence from Class Representatives re various issues (.2); draft letter to Class Representatives re upcoming meetings (.1); telephone conference with Class Representative re Balla I issue (.2); confer with Elijah Watkins re follow-up on Class Representative's concerns (.1) |
| 05/21/13 | EMW | 2.60 | 200.00 | 520.00 | Correspond with group re scope of Balla representation; evaluate and analyze original Balla order re language requiring access to justice in response to class representative request; correspond with group re the same |
| 05/22/13 | EMW | 1.80 | 200.00 | 360.00 | Evaluate and analyze orders re overcrowding |
| 05/23/13 | JOP | 3.10 | 213.00 | 660.30 | Travel to and from and participate in meeting with Class Representatives re various Balla issues |
| 05/23/13 | EMW | 4.40 | 200.00 | 880.00 | Meet with Balla Class representatives at Idaho State Corrections Institution re case status |
| 05/24/13 | JOP | 0.40 | 213.00 | 85.20 | Analyze emails from Elijah Watkins re recent communications with Class Representatives about Class Representative issues |
| 05/24/13 | EMW | 0.80 | 200.00 | 160.00 | Phone conference with class representative Keith Brown re replacement representatives; correspond with group re the same |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 20**

| 05/28/13 | JOP | 0.90 | 213.00 | 191.70 | Analyze email from Susie Boring-Headlee re status of defendants' response to plaintiffs' request for documents (.1); confer with Elijah Watkins re various issues related to Balla I and modified compliance plans (.5); review Judge Carter's order re disputed Appendix A issues and strategize re same (.2); review and revise draft message to opposing counsel re various disputed issues (.1) |
|---|---|---|---|---|---|
| 05/28/13 | EMW | 4.50 | 200.00 | 900.00 | Evaluate and analyze previous orders re Balla I, II and III; office conference to strategize re the same; draft correspondence to opposing counsel re discovery, protective orders and client possessed documents; evaluate and analyze court order |
| 05/29/13 | EMW | 3.10 | 200.00 | 620.00 | Correspond with opposing counsel re protective order; evaluate and analyze final order and temporary order; strategize re the same |
| 05/30/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with inmate re inclusion of his matter in the class |
| 05/31/13 | EMW | 1.10 | 200.00 | 220.00 | Draft memorandum outlining changes from temporary to final order; edit and revise draft; distribute the same for review |
| 06/03/13 | JOP | 3.40 | 213.00 | 724.20 | Telephone conference with Class Representative re issues related to finalizing modified compliance plans (.3); prepare for, travel to and from, and attend MM meeting (3.1) |
| 06/03/13 | EMW | 4.10 | 200.00 | 820.00 | Attend monthly monitoring meeting; meet with class representatives re case status |
| 06/04/13 | JOP | 0.30 | 213.00 | 63.90 | Telephone conference with Class Representative re representation issues |
| 06/04/13 | EMW | 0.20 | 200.00 | 40.00 | Phone conference with Barry Sercy re class representative status |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 21**

| 06/05/13 | JOP | 0.20 | 213.00 | 42.60 | Confer with Elijah Watkins re issues related to Class Representatives |
|---|---|---|---|---|---|
| 06/05/13 | EMW | 0.50 | 200.00 | 100.00 | Phone conference with class representatives re replacement representatives; office conference with group re the same; phone conference with ADR coordinate re the same |
| 06/06/13 | EMW | 0.30 | 200.00 | 60.00 | Phone conference with Keith Brown re class representative replacement |
| 06/07/13 | EMW | 1.10 | 200.00 | 220.00 | Draft motion for appointment of new class representatives; edit and revise the same |
| 06/10/13 | EMW | 1.50 | 200.00 | 300.00 | Phone conference with opposing counsel re case status; draft correspondence re the same; review and revise draft; distribute the same |
| 06/11/13 | EMW | 0.10 | 200.00 | 20.00 | Organize client file |
| 06/12/13 | EMW | 0.60 | 200.00 | 120.00 | Correspond with opposing counsel re extension; draft stipulated extension |
| 06/13/13 | EMW | 1.00 | 200.00 | 200.00 | Correspond with opposing counsel re proposed class representatives; draft correspondence to class representatives re the same; edit, revise and distribute the same |
| 06/19/13 | EMW | 1.30 | 200.00 | 260.00 | Correspond with opposing counsel re protective order; draft the same; edit, revise and file the same |
| 06/20/13 | EMW | 0.50 | 200.00 | 100.00 | Phone conference with class representatives re case status |
| 06/24/13 | EMW | 0.70 | 200.00 | 140.00 | Evaluate document production from department of corrections; analyze the same |
| 06/25/13 | EMW | 0.20 | 200.00 | 40.00 | Phone conference with class representatives re Department of Correction's document production |
| 06/27/13 | EMW | 4.00 | 200.00 | 800.00 | Attend monthly monitoring meeting; meet and counsel with Balla representatives |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 22**

| 06/28/13 | EMW | 0.90 | 200.00 | 180.00 | Correspond with class representatives re case status; correspond with opposing counsel re the same |
|----------|-----|------|--------|--------|---|
| 07/01/13 | EMW | 0.80 | 200.00 | 160.00 | Phone conference with class representatives re appointment of additional representatives; correspond with opposing counsel re the same |
| 07/02/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with opposing counsel re case status |
| 07/03/13 | EMW | 3.10 | 200.00 | 620.00 | Review and analyze hearing transcript; notate and outline the same |
| 07/09/13 | EMW | 0.30 | 200.00 | 60.00 | Phone conference with Balla Representative re case status; office conference with group re the same |
| 07/10/13 | EMW | 0.20 | 200.00 | 40.00 | Edit and revise proposed order; distribute the same for filing |
| 07/11/13 | EMW | 0.50 | 200.00 | 100.00 | Phone conference with opposing counsel re case status; correspond with group re the same |
| 07/12/13 | EMW | 2.00 | 200.00 | 400.00 | Correspond with group re case status; evaluate and analyze hearing transcript |
| 07/15/13 | EMW | 0.20 | 200.00 | 40.00 | Phone conference with client re replacement representatives |
| 07/16/13 | EMW | 2.00 | 200.00 | 400.00 | Phone conference with client re class reps; phone conference with opposing counsel re case status; draft motion re additional class reps; file the same; office conference re the same |
| 07/17/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with group re proposed class representatives |
| 07/18/13 | EMW | 3.50 | 200.00 | 700.00 | Evaluate and analyze Appendix A and Appendix B in preparation of hearing; phone conference with client re transfer; phone conference with opposing counsel re the same |
| 07/19/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with group re transfer order |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 23**

| 07/22/13 | EMW | 5.90 | 200.00 | 1,180.00 | Evaluate and analyze inmate motion for reappointment as class representative; correspond with group re the same; draft correspondence to court re the same; review, revise and distribute draft; draft, evaluate and analyze remaining issues matrix; evaluate and analyze all referenced standards; draft correspondence to Ballar reps re matrix; distribute the same |
| --- | --- | --- | --- | --- | --- |
| 07/23/13 | EMW | 0.60 | 200.00 | 120.00 | Phone conference with client re case status; prepare for Thursday monitoring meeting; correspond with opposing counsel re additional reps |
| 07/24/13 | EMW | 0.40 | 200.00 | 80.00 | Correspond with opposing counsel re proposed class rep; draft motion re appointment of proposed class rep; edit and revise draft |
| 07/25/13 | EMW | 3.80 | 200.00 | 760.00 | Meet with class representatives in preparation for August 6 hearing; correspond with opposing counsel re inmate access to public documents |
| 07/26/13 | EMW | 0.20 | 200.00 | 40.00 | Review and analyze transport order; correspond with group re the same |
| 07/29/13 | EMW | 0.40 | 200.00 | 80.00 | Correspond with group re hearing appearances; correspond with inmate re representation; draft correspondence re the same |
| 07/30/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with group re case status |
| 07/31/13 | EMW | 0.10 | 200.00 | 20.00 | Correspond with opposing counsel regarding monthly monitoring meeting |
| 08/01/13 | JWS | 3.00 | 213.00 | 639.00 | Attend Class Rep meeting at ISCI |
| 08/01/13 | EMW | 4.10 | 200.00 | 820.00 | Attend monthly monitoring meeting; correspond with inmate representatives; correspond with opposing counsel re access to legal materials |
| 08/02/13 | EMW | 2.90 | 200.00 | 580.00 | Evaluate and analzye Special Master Report in preparation for August 6 hearing |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 24**

| 08/05/13 | JWS | 2.60 | 213.00 | 553.80 | Review materials from past meeting, get a hearing binder and review; preparation for tomorrow's hearing |
|---|---|---|---|---|---|
| 08/05/13 | EMW | 6.70 | 200.00 | 1,340.00 | Meet with Jason Prince and Allison Blackman re hearing; prepare for hearing |
| 08/06/13 | JWS | 9.00 | 213.00 | 1,917.00 | Attend the Balla hearing (7:30 a.m. to 4:30 p.m.) |
| 08/06/13 | JOP | 8.20 | 213.00 | 1,746.60 | Participate in Balla hearing and strategy sessions on remaining unresolved issues regarding Appendix A and Appendix B |
| 08/06/13 | EMW | 9.80 | 200.00 | 1,960.00 | Attend hearing re compliance plan |
| 08/07/13 | JWS | 1.10 | 213.00 | 234.30 | Review the revised Appendix for the proposed settlement per yesterday's hearing; telephone conference with Barry Searcy |
| 08/07/13 | EMW | 1.40 | 200.00 | 280.00 | Correspond with opposing counsel re negotiated suicide watch language; evaluate and analyze motion to modify injunctive relief; correspond with group re the same |
| 08/08/13 | EMW | 3.10 | 200.00 | 620.00 | Attend hearing re Unit 16 access; draft correspondence to class re the same; edit and revise draft; distribute the same |
| 08/09/13 | EMW | 0.20 | 200.00 | 40.00 | Correspond with group re minute order |
| 08/12/13 | EMW | 1.10 | 200.00 | 220.00 | Correspond with representatives re retaliation; strategize with group re the same |
| 08/13/13 | EMW | 0.20 | 200.00 | 40.00 | Correspond with opposing counsel re retaliation and reinstatement of Balla representative in Unit 16 |
| 08/14/13 | EMW | 0.10 | 200.00 | 20.00 | Review and analyze minute order |
| 08/15/13 | EMW | 0.30 | 200.00 | 60.00 | Phone conference with client re discovery |
| 08/16/13 | EMW | 0.20 | 200.00 | 40.00 | Correspond with opposing counsel re outstanding issues; distribute correspondence to class reps |
| | **Total** | **317.60** | | **64,255.80** | |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 25**

# EXHIBIT B

| Date | Cost | Description |
|------|-----:|-------------|
| 02/05/13 | 21.60 | Document Reproduction |
| 02/08/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 02/11/13 | 3.60 | Document Reproduction |
| 02/21/13 | 77.28 | Document Reproduction |
| 02/21/13 | 33.12 | Document Reproduction |
| 02/22/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 02/22/13 | 22.44 | Document Reproduction |
| 02/22/13 | 14.40 | Document Reproduction |
| 02/25/13 | 1.92 | Document Reproduction |
| 02/26/13 | 6.72 | Document Reproduction |
| 02/27/13 | 2.88 | Document Reproduction |
| 02/27/13 | 6.96 | Document Reproduction |
| 02/28/13 | 42.72 | Document Reproduction |
| 02/28/13 | 25.80 | Document Reproduction |
| 03/01/13 | 11.52 | Document Reproduction |
| 03/01/13 | 45.60 | Document Reproduction |
| 03/04/13 | 25.92 | Document Reproduction |
| 03/08/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 03/15/13 | .48 | Document Reproduction |
| 03/18/13 | 1.32 | Document Reproduction |
| 03/19/13 | .72 | Document Reproduction |
| 03/20/13 | .96 | Document Reproduction |
| 03/22/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 03/25/13 | .48 | Document Reproduction |
| 04/01/13 | 1.92 | Document Reproduction |
| 04/03/13 | 2.88 | Document Reproduction |
| 04/04/13 | 1.92 | Document Reproduction |
| 04/05/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 04/09/13 | 3.36 | Document Reproduction |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 26**

| Date | Cost | Description |
|---|---:|---|
| 04/10/13 | 4.80 | Document Reproduction |
| 04/11/13 | 7.68 | Document Reproduction |
| 04/16/13 | 5.76 | Document Reproduction |
| 04/17/13 | 5.28 | Document Reproduction |
| 04/17/13 | 7.68 | Document Reproduction |
| 04/19/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 04/19/13 | 57.12 | Document Reproduction |
| 04/19/13 | 22.56 | Document Reproduction |
| 04/24/13 | .96 | Document Reproduction |
| 04/25/13 | .96 | Document Reproduction |
| 04/29/13 | .96 | Document Reproduction |
| 04/30/13 | .72 | Document Reproduction |
| 05/03/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 05/06/13 | 9.60 | Document Reproduction |
| 05/07/13 | 12.48 | Document Reproduction |
| 05/07/13 | 48.00 | Document Reproduction |
| 05/08/13 | 17.00 | Meals Group: Lunch - May 08, 2013 HODGES ENTERPRISES OF IDA, Court Hearing / amb4341 |
| 05/10/13 | 22.08 | Document Reproduction |
| 05/16/13 | .48 | Document Reproduction |
| 05/17/13 | 1.08 | Computerized Research - Westlaw BLACKMAN,ALLISON M |
| 05/20/13 | 9.60 | Document Reproduction |
| 05/21/13 | .96 | Document Reproduction |
| 05/24/13 | .36 | Document Reproduction |
| 05/29/13 | 3.24 | Document Reproduction |
| 05/29/13 | 19.20 | Document Reproduction |
| 05/30/13 | 2.88 | Document Reproduction |
| 05/31/13 | 9.72 | Document Reproduction |
| 06/10/13 | 1.44 | Document Reproduction |
| 06/12/13 | 1.44 | Document Reproduction |
| 06/13/13 | .36 | Document Reproduction |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 27**

| Date | Cost | Description |
|---|---:|---|
| 06/14/13 | 2.16 | Document Reproduction |
| 06/17/13 | 8.64 | Document Reproduction |
| 06/19/13 | 23.76 | Document Reproduction |
| 06/20/13 | 2.16 | Document Reproduction |
| 06/24/13 | 46.80 | Document Reproduction |
| 06/24/13 | 8.16 | Document Reproduction |
| 06/25/13 | .36 | Document Reproduction |
| 06/26/13 | 38.16 | Document Reproduction |
| 06/28/13 | 3.60 | Document Reproduction |
| 07/01/13 | 682.55 | Court Reporter Services - - Vendor: TUCKER & ASSOCIATES LLC 05/26/13 Transcript of 05/08/13 hearing/EMW |
| 07/01/13 | 31.56 | Document Reproduction |
| 07/01/13 | 9.72 | Document Reproduction |
| 07/02/13 | .24 | Document Reproduction |
| 07/03/13 | .72 | Document Reproduction |
| 07/12/13 | .36 | Document Reproduction |
| 07/16/13 | 6.48 | Document Reproduction |
| 07/18/13 | .36 | Document Reproduction |
| 07/18/13 | 9.72 | Document Reproduction |
| 07/19/13 | .36 | Document Reproduction |
| 07/22/13 | 1.80 | Document Reproduction |
| 07/24/13 | 4.32 | Document Reproduction |
| 07/30/13 | 1.44 | Document Reproduction |
| 08/05/13 | 27.60 | Document Reproduction |
| 08/08/13 | 46.80 | Document Reproduction |
| 08/09/13 | 2.40 | Document Reproduction |
| 08/13/13 | 1.20 | Document Reproduction |
| **Total** | **$1,599.91** | |

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 28**

# EXHIBIT C

| Cost | Description |
|------|-------------|
| 90.00 | Document Reproduction – contracts between IDOC and Corizon |
| 4.00 | Typing ribbon |
| 3.40 | Correcting ribbon and paper |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2013, I served a copy of the foregoing

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS** on

CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski
Deputy Attorney General
mkubinsk@corr.state.id.us
Idaho Department of Corrections

Colleen D. Zahn
Deputy Attorney General
czahn@idoc.idaho.gov

/s/ *Elijah M. Watkins*
Elijah M. Watkins

**PLAINTIFFS' REQUEST FOR INTERIM ATTORNEYS' FEES AND COSTS - 30**

74446530.2 0063811-00001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

WALTER D. BALLA, et al.,

         Plaintiffs,

  v.

IDAHO STATE BOARD OF
CORRECTION, et al.,

         Defendants.

Case No. CV 81-1165-S-BLW

**ORDER GRANTING JOINT
STIPULATION RE PLAINTIFFS'
REQUEST FOR INTERIM
ATTORNEYS' FEES AND COSTS (DKT.
898)**

Currently before the Court is the Parties' Joint Stipulation for Plaintiffs' Request for

Interim Attorneys' Fees and Costs (Dkt. 898). Having reviewed the Joint Stipulation and good

cause appearing therefore;

**IT IS HEREBY ORDERED** that Plaintiffs be awarded $64,115.59 in costs and fees, to

be paid no later than 30 days from the date of the Order.

DATED: December 10, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER GRANTING JOINT STIPULATION RE PLAINTIFFS' REQUEST FOR
INTERIM ATTORNEYS' FEES AND COSTS (DKT. 898) -1**