UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER** |

Pursuant to the process set out in the Court's Order approving the monitoring plan and schedule (Dkt. 92), a redacted copy of the Independent Monitor's first monthly report to the Court is to be filed on the docket under seal.

In light of winter Court administrative days, the parties should file any requested redactions with the Court on or before January 3, 2014.  After the Court has considered those redactions, the final approved copy of the report will be filed on the public docket.

DATED this 23rd day of December, 2013.

_____
DAVID O. CARTER, United States District Judge
for the Central District of California
Sitting by Special Designation

Order - 1