Kirtlan G. Naylor          ISB 3569
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Telephone: (208) 383-9511
Fax: (208) 383-9516
kirt@naylorhales.com

Daniel P. Struck          AZB 012377
*(Pro Hac Vice)*
Timothy J. Bojanowski     AZB 022126
*(Pro Hac Vice)*
Tara B. Zoellner          AZB 027364
*(Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@swlfirm.com,
tbojanowski@swlfirm.com
tzoellner@swlfirm.com

Attorneys for Defendants Timothy Wengler and
Corrections Corporation of America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC. <br><br> Defendants. | Case No. 1:11-cv-00185-EJL <br><br> **MOTION TO SEAL EXHIBITS 1-A THROUGH 1-E TO DEFENDANTS' MOTION TO UNSEAL MAJORITY OF TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 7 & 8** |

Defendants Corrections Corporation of America ("CCA") and Timothy Wengler

move this Court for an order permitting Defendants to file under seal portions of its exhibits in

support of Defendants' Motion to Unseal Majority of Transcript of Proceedings Held on August

**MOTION TO SEAL EXHIBITS 1-A THROUGH 1-E TO DEFENDANTS' MOTION TO
UNSEAL MAJORITY OF TRANSCRIPT OF PROCEEDINGS HELD ON AUGUST 7 &
8 - 1**

7 & 8 (Dkt. 97 & 98): (1) Exhibit 1-A (Hearing Testimony); Exhibit 1-B (Hearing Testimony); Exhibit 1-C (Hearing Exhibits); Exhibit 1-D (Hearing Exhibits); and 1-E (Hearing Exhibits).

Defendants seek to unseal the majority of the hearing transcript, with the exception of portions of Exhibits 1-A through 1-D, which consist of excerpts of sealed hearing testimony (Dkt. 97 & 98), as well as exhibits to the sealed hearing. As such, CCA moves to seal Exhibits 1-A through 1-D to comport with the fact that the transcript – as of the date of filing – is sealed and Exhibits 1-A through 1-D contain detailed security-sensitive or personal identifying information of correctional employees that should be redacted and/or sealed.

DATED this <u>24th</u> day of February 2014.

STRUCK, WIENEKE & LOVE, P.L.C.

By     /s/ Tara B. Zoellner
Daniel P. Struck *(Pro Hac Vice)*
Email:  dstruck@swlfirm.com
Timothy J. Bojanowski *(Pro Hac Vice)*
Email:  tbojanowski@swlfirm.com
Tara B. Zoellner *(Pro Hac Vice)*
Email:  tzoellner@swlfirm.com

Kirtlan G. Naylor
Email:  kirt@naylorhales.com
NAYLOR & HALES, P.C.

Attorneys for Defendants Timothy Wengler
and Corrections Corporation of America, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of February 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard Alan Eppink
reppink@acluidaho.org

Stephen L. Pevar
pevaraclu@aol.com

Lea Candy Cooper
lcooper@acluidaho.org

Daniel Patrick Struck
Timothy J. Bojanowski
Tara B. Zoellner
dstruck@swlfirm.com
tbojanowski@swlfirm.com
tzoellner@swlfirm.com

Kirtlan G. Naylor
kirt@naylorhales.com

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

N/A

Via certified mail, return receipt requested, addressed as follows:

N/A

SHEILA D. BROWN

**EXHIBIT 1A**

# Exhibit 1A has been filed under seal with the Clerk of the Court

**EXHIBIT 1B**

# Exhibit 1B has been filed under seal with the Clerk of the Court

**EXHIBIT 1C**

# Exhibit 1C has been filed under seal with the Clerk of the Court

**EXHIBIT 1D**

# Exhibit 1D has been filed under seal with the Clerk of the Court

**EXHIBIT 1E**

# Exhibit 1E has been filed under seal with the Clerk of the Court