UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER** |

Pursuant to the process set out in the Court's Order approving the monitoring plan and schedule (Dkt. 92), a redacted copy of the Independent Monitor's third monthly report to the Court is to be filed on the docket under seal.  The parties are to file requested redactions on or before March 10, 2014.  After the Court has considered those redactions, the final approved copy of the report will be filed on the public docket.

DATED this 28th day of February, 2014.

_____
DAVID O. CARTER, United States District Judge for the
Central District of California, Sitting by Special Designation

Order - 1