Stephen L. Pevar
American Civil Liberties Union Foundation
330 Main Street, First Floor
Hartford, Connecticut 06106
(860) 570-9830

Richard Alan Eppink
reppink@acluidaho.org
American Civil Liberties Union of Idaho Foundation
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750 ext. 1202
Idaho State Bar no. 7503

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| JOSHUA KELLY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> TIMOTHY WENGLER, *et al.*, <br><br> Defendants. | Case No.: 1:11-cv-00185-EJL <br><br> PLAINTIFFS' NOTICE RE: <br><br> REDACTIONS TO <br><br> DOCKETS 134 AND 135 |
|---|---|

Plaintiffs respectfully recommend that the Monitor's February 2014 monthly report be filed without any redactions. Plaintiffs wish to thank Monitor Leach for his efforts.

Respectfully submitted this 11th day of March, 2014.

1

/s/ Stephen L. Pevar

/s/ Richard Alan Eppink

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing Plaintiffs' Notice through the CM/ECF system, which caused the following counsel for the Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kirtlan Naylor    kirt@naylorhales.com
Daniel Struck    dstruck@ishfirm.com
Tara Zoellner    tzoellner@gmail.com

/s/ Stephen L. Pevar_____
Stephen L. Pevar