Kirtlan G. Naylor        ISB 3569
James R. Stoll           ISB 7182
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Telephone: (208) 383-9511
Fax: (208) 383-9516
kirt@naylorhales.com
jrs@naylorhales.com

Daniel P. Struck         AZB 012377
*(Pro Hac Vice)*
Timothy J. Bojanowski    AZB 022126
*(Pro Hac Vice)*
Tara B. Zoellner         AZB 027364
*(Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@swlfirm.com,
tbojanowski@swlfirm.com
tzoellner@swlfirm.com

Attorneys for Defendants Timothy Wengler and
Corrections Corporation of America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, individually and on behalf of a class of all other persons similarly situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.<br><br>                                   Defendants. | Case No. 1:11-cv-00185-EJL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Timothy Wengler and Corrections Corporation of America, Inc. appeal to the United States Court of Appeals for the Ninth Circuit

**NOTICE OF APPEAL** - 1
2873215.1

from the Order Regarding Attorneys' Fees and Costs entered on February 20, 2014 (**Dkt. 129**), and all prior and subsequent rulings/orders pertaining to that final Order.

DATED this 14th day of March 2014.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Daniel P. Struck
Daniel P. Struck *(Pro Hac Vice)*
Email: dstruck@swlfirm.com
Timothy J. Bojanowski *(Pro Hac Vice)*
Email: tbojanowski@swlfirm.com
Tara B. Zoellner *(Pro Hac Vice)*
Email: tzoellner@swlfirm.com

Kirtlan G. Naylor
Email: kirt@naylorhales.com
NAYLOR & HALES, P.C.

Attorneys for Defendants Timothy Wengler and Corrections Corporation of America, Inc.

NOTICE OF APPEAL - 2
2873215.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Richard Alan Eppink
> reppink@acluidaho.org
>
> Stephen L. Pevar
> pevaraclu@aol.com
>
> Lea Candy Cooper
> lcooper@acluidaho.org
>
> Daniel Patrick Struck
> Timothy J. Bojanowski
> Tara B. Zoellner
> dstruck@swlfirm.com
> tbojanowski@swlfirm.com
> tzoellner@swlfirm.com
>
> Kirtlan G. Naylor
> James R. Stoll
> kirt@naylorhales.com
> jrs@naylorhales.com

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

> Via first class mail, postage prepaid addressed as follows:
>
> N/A
>
> Via certified mail, return receipt requested, addressed as follows:
>
> N/A

/s/ Daniel P. Struck