Kirtlan G. Naylor        ISB 3569
James R. Stoll           ISB 7182
NAYLOR & HALES, P.C.
950 W. Bannock Street, Suite 610
Boise, Idaho 83702
Telephone:  (208) 383-9511
Fax:  (208) 383-9516
kirt@naylorhales.com
jrs@naylorhales.com

Daniel P. Struck         AZB 012377
*(Pro Hac Vice)*
Timothy J. Bojanowski    AZB 022126
*(Pro Hac Vice)*
Tara B. Zoellner         AZB 027364
*(Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@swlfirm.com,
tbojanowski@swlfirm.com
tzoellner@swlfirm.com

Attorneys for Defendants Timothy Wengler and
Corrections Corporation of America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, individually and on behalf of a class of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.<br><br>                              Defendants. | Case No. 1:11-cv-00185-EJL<br><br>**NOTICE OF TRANSCRIPT DESIGNATION** |

Notice is hereby given that Defendants Timothy Wengler and Corrections Corporation of America, Inc. ("Defendants") have already ordered the following transcripts for use in the appeal to the United States Court of Appeals for the Ninth Circuit, No. 14-35199:

**NOTICE OF TRANSCRIPT DESIGNATION** - 1

2829590.1

**August 7, 2013**

**August 8, 2013**

These transcripts were previously ordered in conjunction with appeal No. 13-35972 (see Dkt. 95). Defendants believe that these transcripts comprise the "entire transcript" for purposes of the record on appeal No. 14-35199. *See* Circuit Rule 10–3.1(a).

DATED this 19th day of March 2014.

STRUCK WIENEKE & LOVE, P.L.C.

By   /s/ Daniel P. Struck
Daniel P. Struck *(Pro Hac Vice)*
Email: dstruck@swlfirm.com
Timothy J. Bojanowski *(Pro Hac Vice)*
Email: tbojanowski@swlfirm.com
Tara B. Zoellner *(Pro Hac Vice)*
Email: tzoellner@swlfirm.com

Kirtlan G. Naylor
Email: kirt@naylorhales.com
NAYLOR & HALES, P.C.

Attorneys for Defendants Timothy Wengler and Corrections Corporation of America, Inc.

**NOTICE OF TRANSCRIPT DESIGNATION - 2**
2880752.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of March 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Richard Alan Eppink
>reppink@acluidaho.org
>
>Stephen L. Pevar
>pevaraclu@aol.com
>
>Daniel Patrick Struck
>Timothy J. Bojanowski
>Tara B. Zoellner
>dstruck@swlfirm.com
>tbojanowski@swlfirm.com
>tzoellner@swlfirm.com
>
>Kirtlan G. Naylor
>James R. Stoll
>kirt@naylorhales.com
>jrs@naylorhales.com

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

>Via first class mail, postage prepaid addressed as follows:
>
>N/A
>
>Via certified mail, return receipt requested, addressed as follows:
>
>N/A

>/s/ Daniel P. Struck

**NOTICE OF TRANSCRIPT DESIGNATION - 3**
2880752.1