UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO UNSEAL AND MOTION TO SEAL [130] [131]** |

The Court has reviewed Defendant Corrections Corporation of America, Inc.'s ("CCA") and Timothy Wengler's Motion to Unseal Majority of Transcript of Proceedings Held on August 7 and 8, 2013 (Dkt. 130), and the Motion to Seal (Dkt. 131). The Court finds it appropriate for purposes of transparency that the documents be unsealed and unredacted except as necessary to protect the security of peace officers. Therefore, Defendants are to submit to the Court via the ADR Coordinator final versions of all of the documents listed below, such that they may be filed on the docket, on or before Wednesday, April 9, 2014.

NOW WHEREFORE, IT IS HEREBY ORDERED THAT Defendant CCA's Motion is GRANTED. The hearing transcripts entered at Dkt. Nos. 97 and 98 are to be unsealed and incorporate the redactions proposed by Defendants.

**Order Granting Defendants' Motion to Unseal and Seal - 1**

IT IS FURTHER ORDERED THAT that hearing exhibits 102, 105, 106, 108, 113, 114, 115, 136, and 137 may be entered as public exhibits.

IT IS FURTHER ORDERED THAT hearing exhibits 104, 107, 109, 110, 116, 117, and 119 shall be entered in the redacted form Defendants propose, and Exhibit 118 shall be entered in the redacted form agreed to by the parties.

IT IS FURTHER ORDERED THAT hearing exhibits 101, 123, 125, 133, 134, and Exhibit 1 to hearing exhibit 122 shall be entered as sealed.

DATED this 3rd day of April, 2014.

_David O. Carter_

DAVID O. CARTER, United States District Judge for the
Central District of California, Sitting by Special Designation