UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA KELLY, JOSE PIÑA, ANDREW IBARRA, RAY BARRIOS, RANDY ENZIMINGER, MICHAEL MIERA, PRISONER A, and PRISONER F, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY WENGLER, and CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>Defendants. | Case No. 1:11-CV-185-S-EJL<br><br>**ORDER REGARDING UNSEALING DOCUMENTS** |

IT IS HEREBY ORDERED THAT the fourth and fifth Independent Monitor's reports (Dkts. 151, 152, 154 and 155) shall be unsealed as there were no requested redactions from the parties.

DATED this 5th day of May, 2014.

_____
DAVID O. CARTER, United States District Judge for the
Central District of California, Sitting by Special Designation

**Order Regarding Unsealing Documents - 1**